AO 240 (1/94)

# United States District Court

## DISTRICT OF

James E. Henderson
**Plaintiff**

v.

YMCA & AARP
**Defendant**

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FILED
JUL 12 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF

CASE NUMBER: 05-3179

I, James E. Henderson, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:      [ ] Yes      [X] No      (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _____  Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?      [ ] Yes      [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   6/4/04
   $5.50/hour  20 hours/week
   AARP/YMCA  701 S. 4th, Springfield IL

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes    ☐ No

   If "Yes" state the total amount.  174.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☒ Yes    ☐ No

   If "Yes" describe the property and state its value.  Home, $42,000, but mortgage is $27,000

   1985 Mercury Topaz $200.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

I declare under penalty of perjury that the above information is true and correct.

7-12-05
DATE

James Henderson
SIGNATURE OF APPLICANT
2109 E. Jackson
523-7391  Springfield IL 62705

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____ . I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ _____ .

_____    _____
DATE             SIGNATURE OF AUTHORIZED OFFICER

3:05-cv-03179-RM-CHE  # 13-11  Page 3 of 4
REC 2005173 13:11 HA8038E04ANG3   CIPQYA4    PQA4    (F-ANG )   ***

SOCIAL SECURITY ADMINISTRATION

                                        Date: June 22, 2005
                                        Claim Number: 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A
                                                      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DI




JAMES E HENDERSON
2109 E JACKSON
SPRINGFIELD IL 62703-1542




You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, yc
may send them this letter.


Information About Current Social Security Benefits

    Beginning December 2004, the full monthly
    Social Security benefit before any deductions is......$ 826.70

      We deduct $78.20 for medical insurance premiums each month.

    The regular monthly Social Security payment is.......$ 748.00
    (We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (Fc
    example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the third of each month.


Information About Supplemental Security Income Payments

    Beginning January 1994, the current
    Supplemental Security Income payment is...............$ 0.00

    This payment amount may change from month to month if income or
    living situation changes.

    Supplemental Security Income Payments are paid the month they are due. (For
    example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning January 1995.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 217-862-6651. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

>SOCIAL SECURITY
>2715 WEST MONROE ST
>SPRINGFIELD, IL 62704

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER