E-FILED
Tuesday, 12 July, 2005  04:12:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

_James E. Henderson_,            )
    Plaintiff,                   )
                                 )
vs.                              )   No. _____
                                 )
_YMCA; AARP_  ,                  )
    Defendant(s)                 )

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, _James Henderson_, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

_I have requested help from Land of Lincoln Legal Assistance Foundation Inc., they refused me._

3. In further support of my motion, I declare that (check appropriate answer):

__X__   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

_____   I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

- [X] I have attached an original application to proceed in forma pauperis detailing my financial status.

- [ ] I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

- [ ] I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____James Henderson_____
Movant's Signature

_____2109 E Jackson_____
Street Address

_____Springfield IL 62703_____
City/State/Zip Code

Date: _____7/12/05_____

10/94

2