UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

James E. Henderson

_____ Plaintiff(s)

vs.

YMCA
AARP

_____ Defendant(s)

Case No: 05-3179

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I. PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

(X) YES

( ) NO

B. If your answer is YES, Describe the EEOC proceeding:

1. Parties to the previous EEOC proceeding:

Petitioner(s) James E. Henderson

```
EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 2
```

Respondent (s) __YMCA, AARP__

2. Location of EEOC office that handled your charge:
   __Chicago District Office, Chicago IL__

3. Docket or case number of your charge: __210-2005-02878__
   __210-2005-03175__

4. Disposition (what was the final result of your charge): __EEOC Unable to conclude that there is any finding__

5. Has EEOC written you a right-to-sue letter (telling you you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

   (X) YES

   ( ) NO

6. Date of filing charge before EEOC: __3/7/05__

7. Date of disposition by EEOC: __5/23/05__

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II. PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

   A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

   ( ) YES

   (X) NO

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 4

    C. Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

    ( ) YES

    (·) NO

III. PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

    A. Plaintiff(s)

    1. Your full name _James E. Henderson_

    2. Your address _2109 E. Jackson, Springfield IL 62703_

    3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): _N/A_

(Use a separate sheet if necessary; label it clearly if so)

    B. Have you attached a separate sheet naming other plaintiffs?

    ( ) YES

    (X) NO

    C. Defendant(s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

    1. Full name (individual or firm): _American Association of Retired Persons; Young Men's Christian Association_

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 5

2. Business address: _YMCA; 701 S. 4th St._
_Springfield IL 62703; AARP:_
3. Job position (if individual) _1309 S. 4th St. Springfield IL 62703_
_Laundry Worker_

4. Status as an entity (if defendant is a business firm) --

(X)   Corporation

( )   Partnership

( )   Sole Proprietorship

( )   Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

D.   Have you attached a separate sheet naming other defendants?

( )   YES

(X)   NO

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 6

IV. STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

    A. Were you:
- ( ) Not hired?
- (X) Discharged?
- ( ) Suspended?
- ( ) Demoted?
- ( ) Denied Promotion?
- ( ) Denied Wage Increases?
- ( ) Other (please specify) _____

    B. State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

> Defendants discharged me and replaced by a younger white employee of 56 years of age

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

EMPLOYMENT DISCRIMINATION
PRO SE COMPLAINT
PAGE 7

V.   RELIEF YOU REQUEST

   Check below what you want the court to do for you.  You may make as many checks as you like.

   (X) Should you prevail in this lawsuit, award you back pay.

   (X) Should you prevail in this lawsuit, reinstate you in your old position.

   (X) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

   ( ) Other _____

   _____

   _____

   _____


Signed this _12th_ day of _July_, _2005_.

_James Henderson_

(Signature of plaintiff
 or plaintiffs)

ADDRESS:
2109 E. Jackson
Springfield IL 62703
PHONE NO.: 523-7391

Equal Employment Opportunity Commission

# DISMISSAL AND NOTICE OF RIGHTS

| To: James Henderson<br>2109 E. Jackson<br>Springfield, IL 62703 | From: US Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West LaSalle, Suite 2800<br>Chicago, IL 60661 |
|---|---|

Cert. No.:7099 3400 0006 7304 3359

[ ]  *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2005-02878 | Regina Husar, Enforcement Supervisor | (312) 353-0819 |

*(See the additional information attached to this form)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ]  The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ]  Respondent employs less than the required number of employees.

[ ]  Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ]  The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]  The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ X ]  The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  Other (*briefly state*) _____

- NOTICE OF SUIT RIGHTS -

[ ]  **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice otherwise your right to sue is lost.

[ X ]  **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right sue is lost.

[ ]  **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

May 23, 2005

On behalf of the Commission

*John P. Rowe*

John P. Rowe, District Director

Enclosures
Information Sheet
Copy of Charge
cc: Respondent(s)    YMCA

EEOC Form 161 (Test 5)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>210-2005-02878 |
|---|---|---|

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. James E. Henderson | Home Phone No. (Incl Area Code)<br>(217) 523-7391 | Date of Birth<br>05-21-1935 |
|---|---|---|
| Street Address<br>2109 E Jackson | City, State and ZIP Code<br>Springfield, IL 62703 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>YMCA | No. Employees, Members<br>201 - 500 | Phone No. (Include Area Code)<br>(217) 544-9846 |
|---|---|---|
| Street Address<br>701 S 4th, | City, State and ZIP Code<br>Springfield, IL 62703 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 06-04-2004   Latest: 06-04-2004<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or around April 19, 2004. My most recent position was Laundry Room Worker. On June 4, 2004, I was discharged by Respondent and told there was no longer funding for my position. Respondent has now replaced me with a younger worker.

I believe I have been discriminated against because of my age, 69 (date of birth 5/21/1935), in violation of the Age Discrimination in Employment Act of 1967.

MAR 10 2005

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

3-7-05    *James E. Henderson*
Date      Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison St., Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests <u>should be made in writing</u> to **Sarita Gaddis** and mailed to the address above or faxed to **(312) 353-7623**.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

*   <u>Before filing a lawsuit,</u> but within 90 days of your receipt of the Right to Sue, or

*   <u>After your lawsuit has been filed.</u> If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the first page of your court complaint showing the docket number.

If you are the Respondent you may be granted access to the file **only after** a lawsuit has been filed. Include with your request a copy of the first page of the court complaint reflecting the docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

Before you can have access to the file you must sign an Agreement of Nondisclosure. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

Your request for access to your file will generally be acted upon no later than ten (10) days from receipt of your request.

You can review the file in our offices <u>and/or</u> request that a copy of the file be sent to you. Files cannot be removed from the office. **If you want to review the file, you must make an appointment to do so.** You will be contacted to schedule an appointment.

Your file will be copied by Uniscribe, 300 West Adams Street, Suite 900, Chicago, Illinois, 60606. You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to Uniscribe. Therefore, <u>it is recommended that you first review your file</u> to determine whether you want all, or only some, of the documents copied. EEOC cannot provide a count of the pages contained in it. If you choose not to review your file, it will be sent <u>in its entirety</u> to the copy service <u>and you will be responsible for the cost.</u> Payment must be made directly to the Uniscribe.

Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

To: James Henderson
2109 E. Jackson
Springfield, IL 62703

From: US Equal Employment Opportunity Commission
Chicago District Office
500 West LaSalle, Suite 2800
Chicago, IL 60661

Cert. No.:7099 3400 0006 7304 3380

[ ]  *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2005-03175 | Regina Husar, Enforcement Supervisor | (312) 353-0819 |

*(See the additional information attached to ҫ*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ]  The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ]  Respondent employs less than the required number of employees.

[ ]  Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you allege file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegatio

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, ҫ otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more th days in which to respond to our final written request.

[ ]  The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in whicl respond to a notice sent to your last known address.

[ ]  The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[X]  The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to c that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance wit statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  Other *(briefly state)* _____

- NOTICE OF SUIT RIGHTS -

[ ]  Title VII and/or the Americans with Disabilities Act: This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) your charge in a court of competent jurisdiction. If you decide to sue, you must sue <u>WITHIN 90 DAYS</u> from your receipt of tt otherwise your right to sue is lost.

[X]  Age discrimination in Employment Act: This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates procɛ of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in ɛ competent jurisdiction. If you decide to sue, you must sue <u>WITHIN 90 DAYS</u> from your receipt of this Notice; otherwise you sue is lost.

[ ]  Equal Pay Act (EPA): EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpaym

May 23, 2005

On behalf of the Commission

John P. Rowe, District Director

Enclosures
Information Sheet
Copy of Charge
cc: Respondent(s)    AARP

EEOC Form 1ҫ

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 210-2005-03175 |

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. James E. Henderson | (217) 523-7391 | 05-21-1935 |

Street Address: 2109 E Jackson    City, State and ZIP Code: Springfield, IL 62703

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AARP | Unknown | (217) 544-5776 |

Street Address: 1309 South 9th Street,  City, State and ZIP Code: Springfield, IL 62703

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

Street Address:    City, State and ZIP Code:

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-04-2004    Latest: 06-04-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with Respondent on or around April 19, 2004. My most recent position was Laundry Room Worker. On June 4, 2004 I was discharged by Respondent and told there was no longer funding for my position. Respondent has now replaced me with a younger worker.

I believe I have been discriminated against because of my age, 69 (date of birth 5/21/1935), in violation the Age in Discrimination In Employment Act of 1967.

MAR 10 2005

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Date: 3-7-05    Charging Party Signature: *James E. Henderson*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

**PRIVATE SUIT RIGHTS:**

This issuance of this Notice of Right to Sue ends EEOC's process with respect to your charge. You may file a lawsuit against respondent named in your charge within 90 days from the date you receive this Notice. Therefore you should **keep a record of t date**. Once this 90-day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soor possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your o behalf, your suit should be filed **well in advance of the expiration of the 90-day period.**

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must con a short statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the state wh the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where employment would have been, or where the respondent has its main office.

You may contact EEOC if you have any questions about your rights, including advice on which court can hear your case, or if need to inspect and copy information contained in the case file.

A lawsuit against a **private** employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a **State agency or a political subdivision of State** is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or, probably, the Ec Pay Act against a **State instrumentality** (an agency directly funded and controlled by the State) **can only be filed in a State co**

A lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or the Equal Pay Act aga **a political subdivision of the State**, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of U.S. District Courts, please see reverse side.

**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE W INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING A COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**

**ATTORNEY REPRESENTATION:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the court having jurisdiction in your case may, a you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court ir form and manner it requires. Your request to the court should be made well before the end of the 90-day period mentioned ab A request for representation does not relieve you of the obligation to file a lawsuit within this 90-day period.

**DESTRUCTION OF FILE:**

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preser Unless you have notified us that you have filed suit, your charge file could be destroyed as early as six months after the date o Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUI RESOLVED.**

5/11/2000