AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

JAMES E. HENDERSON

V.

Y.M.C.A. and
A.A.R.P.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-3179

TO: (Name and address of Defendant)

Y.M.C.A.
701 S. 4th Street
Springfield, IL  62703

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Henderson
2109 E. Jackson
Springfield, IL  62703

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters _____    August 11, 2005 _____
CLERK                                        DATE

s/M. Stewart _____
(By) DEPUTY CLERK