IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES E. HENDERSON, | ) |
|           Plaintiff, | ) |
| | ) No. 3:05-CV-3179-JES-CHE |
| v. | ) |
| | ) District Judge Jeanne E. Scott |
| YMCA | ) |
| | ) Magistrate Judge Charles H. Evans |
| and | ) |
| | ) |
| AARP, | ) |
| | ) |
|           Defendants. | ) |

## DEFENDANT AARP'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD RESPONSIVELY

Defendant American Association of Retired Persons ("AARP"), by and through its attorneys and pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules 6.1 and 7.1(A)(3), hereby moves this Court to extend its time to answer or otherwise responsively plead to Plaintiff's Complaint, and in support of this Motion states as follows:

1. **Requested Extension**: Defendant AARP respectfully requests that its time to answer or otherwise plead responsively to Plaintiff's Complaint (the "Complaint") be extended to and including **Tuesday, September 27, 2005**.

2. **Current Deadline**: Upon information and belief, the current deadline for Defendant AARP to answer or otherwise responsively plead is Tuesday, September 6, 2005. Plaintiff filed his Complaint on July 28, 2005, and upon information and belief, Defendant AARP was served with same, and summons, on August 17, 2005. Therefore, pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendant AARP is required to answer or otherwise plead responsively to Plaintiff's Complaint on or before September 6, 2005.

CH:59910v1

3.     **Reasons for Requested Extension:** The undersigned counsel was not retained until the afternoon of August 31, 2005, and has not yet had an opportunity to gather necessary documents and to conduct a thorough review of the facts and circumstances alleged in the Complaint. This extension is not sought for the purpose of delay, and will not prejudice any of the parties to this action.

4.     **Certificate of Conference with Plaintiff:** The undersigned counsel certifies that at approximately 4:30 p.m. on August 31, 2005, he conferred via telephone with Plaintiff James E. Henderson regarding the present motion. Mr. Henderson refused counsel's request for a 21-day extension of time to answer or otherwise respond to the Complaint. Mr. Henderson also stated that he would not agree to an extension of any shorter period of time.

WHEREFORE, Defendant AARP respectfully requests that it be given an extension of time until and including September 27, 2005 to answer or otherwise plead responsively to Plaintiff's Complaint, and for such other and further relief as the Court may deem appropriate and just.

Respectfully submitted,

AMERICAN ASSOCIATION OF RETIRED PERSONS

By: One of its Attorneys

s/ Michael P. Butler
Attorney Bar Number: 6224597
Attorney for Defendant AARP
EPSTEIN BECKER & GREEN, P.C.
150 North Michigan Avenue, Suite 420
Chicago, Illinois 60601
Telephone: (312) 499-1400
Fax: (312) 845-1998
Email: mbutler@ebglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system and that on September 1, 2005, a true and complete copy of the foregoing DEFENDANT AARP'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD RESPONSIVELY was served via first-class mail, postage pre-paid, upon:

>James E. Henderson, *pro se*
>2109 E. Jackson
>Springfield, Illinois 62703

>s/ Michael P. Butler
>Attorney Bar Number: 6224597
>Attorney for Defendants
>EPSTEIN BECKER & GREEN, P.C.
>150 North Michigan Avenue, Suite 420
>Chicago, Illinois 60601
>Telephone: (312) 499-1400
>Fax: (312) 845-1998
>Email: mbutler@ebglaw.com