E-FILED
Friday, 02 September, 2005  02:13:34 PM
Clerk, U.S. District Court, ILCD

UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JAMES E. HENDERSON,           )
                              )
        Plaintiff,            )
                              )
    v.                        )  No.:  05-3179
                              )
YMCA and AARP,                )
                              )
        Defendants.           )

**ANSWER TO PRO SE PETITION FOR EMPLOYMENT DISCRIMINATION**

NOW COMES the YMCA of Springfield, by its attorneys, WOLTER, BEEMAN & LYNCH, and for its Answer to Plaintiff's Pro Se Petition for Employment Discrimination states as follows:

**I -**

The Defendant admits that the Plaintiff filed an EEOC charge before the federal Equal Employment Opportunities Commission and that the Chicago District Office handled that charge, however, Defendant asserts that Plaintiff's EEOC charge against this Defendant was dismissed.

**II -**

The Defendant admits that the Plaintiff has begun no other proceedings relating to this Defendant.

**III -**

Defendant acknowledges the identity of the parties to Plaintiff's Complaint but denies Plaintiff has any rights against this Defendant.

**IV -**

Defendant denies each and every allegation of Section IV of the Plaintiff's Complaint.

**V -**

Defendant denies the Plaintiff is entitled to judgment in any sum or amount and prays for dismissal of Plaintiff's suit at Plaintiff's cost.

                                  YMCA OF SPRINGFIELD

                         /s/____Francis J. Lynch_____
                             WOLTER, BEEMAN & LYNCH
                                Its Attorneys

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that an exact copy of the above and foregoing Answer to Pro Se Petition for Employment Discrimination was served upon the attorneys of record of all parties to the above cause by electronic filing and first class mail delivery to:

        Mr. James Henderson
        2109 E. Jackson
        Springfield, IL  62703

        Original to Court

on this 2nd day of September, 2005.

        /s/  Francis J. Lynch

FRANCIS J. LYNCH
WOLTER, BEEMAN & LYNCH
Attorneys for Defendant YMCA
413 South Seventh Street
Springfield, Illinois  62701
Phone:  217/753-4220
Fax:  217/753-4456
Attorney No. 0618 5669

lynch\ymca\henderson.answer