AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

JAMES E. HENDERSON

V.

Y.M.C.A. and
A.A.R.P.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-3179

RECEIVED
AUG 1 6 2005
SHERIFF'S OFFICE
RECORD SECTION

TO: (Name and address of Defendant)

Y.M.C.A.
701 S. 4th Street
Springfield, IL  62703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Henderson
2109 E. Jackson
Springfield, IL  62703

**FILED**
SEP 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

CLERK
s/M Stewart
(By) DEPUTY CLERK

DATE August 11, 2005

341436
16-60

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date                        *Signature of Server*

                                          *Address of Server*

X- Jill N. Steiner
   Jill N. Steiner

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# Sangamon County Sheriffs Office
*"Keeping the Peace Since 1821"*

NEIL M. WILLIAMSON

(217) 753-6855  
(217) 753-6387 FAX

#1 SHERIFFS PLAZA  
SPRINGFIELD, ILLINOIS 62701

I, **Gary Dougherty #3997** certify that I served this summons as follows:

☐ **Personal service** on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ **Abode service** on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ **Corporation service**, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ **Other service**, as described below.

Case Number **05-3179**

Name of defendant **Y.M.C.A.**

Name of other person Summons left with **JILL N. STEINEN**

Sex ( M /Ⓕ ) Race **W**   Approx. age **30**

Date of Service **8-17-05**   Time **12:45p**

Date of Mailing _____

Address at which paper was served:

**701 S. 4TH**

Service fees **14.40**

Neil Williamson, Sheriff of Sangamon County

By, *[signature] Gary Dougherty*, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY