E-FILED
Tuesday, 27 September, 2005  03:21:53 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **JAMES E. HENDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  3:05-CV-3179-RM-CHE |
| | ) | |
| **YMCA** | ) | **District Judge Richard Mills** |
| | ) | |
| **and** | ) | **Magistrate Judge Charles H. Evans** |
| | ) | |
| **AARP,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF INTEREST AND CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendant AARP Foundation, furnishes the following information in compliance with Rule 11.3 of this Court and Fed. R. Civ. P. 7.1:

(1)    The undersigned firm represents Defendant AARP Foundation ("AARP Foundation").

(2)    AARP Foundation is the charitable organization affiliated with AARP, and is organized under section 501(c)(3) of the Internal Revenue Code.

(3)    AARP Foundation states that it has no parent corporation and further states that it has issued no stock; accordingly, no publicly held company owns 10% or more of its stock.

(4)    Epstein Becker & Green, P.C. is the only law firm whose partners or associates currently appear or are expected to appear for AARP Foundation.

CH:62725v1

Respectfully submitted,

AARP Foundation

By: One of Its Attorneys

s/Michael P. Butler
Attorney Bar Number: 06224597
Attorney for Defendant AARP Foundation
EPSTEIN BECKER & GREEN, P.C.
150 N. Michigan Avenue, Suite 420
Chicago, Illinois 60601
Telephone: (312) 499-1400
Facsimile:  (312) 845-1998
Email: mbutler@ebglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I presented the foregoing CERTIFICATE OF INTEREST AND CORPORATE DISCLOSURE STATEMENT to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to Counsel for Defendant YMCA, Francis J. Lynch, Wolter Beeman & Lynch, 413 S. Seventh St., Springfield, IL 62701, and that an exact copy of the foregoing was served by first class mail delivery upon Plaintiff James Henderson, 2109 E. Jackson, Springfield, IL 62703.

s/Michael P. Butler
Attorney Bar Number: 06224597
Attorney for Defendant AARP Foundation
EPSTEIN BECKER & GREEN, P.C.
150 N. Michigan Avenue, Suite 420
Chicago, Illinois 60601
Telephone: (312) 499-1400
Facsimile:  (312) 845-1998
Email: mbutler@ebglaw.com