E-FILED
Tuesday, 11 October, 2005  03:27:42 PM
Clerk, U.S. District Court, ILCD

# FILED

OCT 11 2005

No.3: 05-cv-3179-R.M-CHE
District Judge Richard Mills
Magistrate Judge Charles H. Evans

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

    I James Henderson have been a reputable Citizen of Springfield, IL for 26 yrs. I was enrolled in the AARP Senior Program in 1998, 1999, and 2002 was working at St. Joseph Nursing Home I had a heart attack, ARRP told me that I would have a job when I becme well enough to return to work. I enrolled on 4-19-04 and they gave me a temporary assignment. I worked 30 days and was told there was no longerfunding for my position. I went to the YMCA one day and found out that they replaced my position by a lady, I waited until she worked 60 days, so AARP lied they came up with funds to pay her and they could have given me an Extended Enrollment Letter like they did the lady, when they dont want you they find a way to get rid of you.
    On the Enrollment Agreement they said I signed on 10-1-01 doesn't look like my writting and thats not the Project Director's signature look on page 10 and what happened to page 7 and 8. on 5-14-04 on the agreement. So tell AARP to show my record for 1998, 1999, and 2002. If I go to court I want a jury trial.copy sent to

Michael P. Butler Attorney For Defendant AARP Foundation Epstein Becker and P.C.
150 N. Michigan Avenue Suite 420
Chicago, IL 60601

Council For Defendent YMCA
Frances J. Lynch Wolter Beeman and Lynch
413 S. Seventh Street
Springfield, IL 62701
(first class mail Delivery)

sincerly, *James Henderson*

James Henderson    10-7-05

"OFFICIAL SEAL"
Linda E. Brown
Notary Public, State of Illinois
My Commission Exp. 08/31/2006

*Linda E. Brown*
10-11-05

## W-2 #1 (2002) — IL State Filing Copy

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 1153.60 |
| 2 | Federal income tax withheld | 54.22 |
| 3 | Social security wages | 1153.60 |
| 4 | Social security tax withheld | 71.52 |
| 5 | Medicare wages and tips | 1153.60 |
| 6 | Medicare tax withheld | 16.73 |
| a | Control Number | 182683 |
|   | Dept. | PX2 |
|   | Corp. | K20292 AAAA |
|   | Employer use only | T  3472 |

c Employer's name, address, and ZIP code:
AARP FOUNDATION
601 E ST NW RM A8-230
WASHINGTON DC 20049

b Employer's FED ID number: 52-0794300
d Employee's SSA number: 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

e/f Employee's name, address and ZIP code:
JAMES HENDERSON
2109 EAST JACKSON ST
SPRINGFIELD, IL 62703

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| IL | 52-0794300 000 1 | 1153.60 |

17 State income tax: 34.61

---

## W-2 #2 (1999)

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 2389.60 |
| 2 | Federal income tax withheld | 30.65 |
| 3 | Social security wages | 2389.60 |
| 4 | Social security tax withheld | 148.16 |
| 5 | Medicare wages and tips | 2389.60 |
| 6 | Medicare tax withheld | 34.65 |
| a | Control Number | 136161 |
|   | Dept. | PX2 |
|   | Corp. | F90292 AAAA |
|   | Employer use only | T  3373 |

c Employer's name, address, and ZIP code:
AARP FOUNDATION
601 E ST NW RM A8-230
WASHINGTON DC 20049

b Employer's FED ID number: 52-0794300
d Employee's SSA number: 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

e/f Employee's name, address and ZIP code:
JAMES E HENDERSON
2109 E JACKSON
SPRINGFIELD, IL 62703

| 16 State | Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|---|
| IL | 52-0794300 000 1 | 2389.60 |

18 State income tax: 50.78

---

## W-2 #3 (1998) — IL State Reference Copy

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 4503.68 |
| 2 | Federal income tax withheld | 14.54 |
| 3 | Social security wages | 4503.68 |
| 4 | Social security tax withheld | 279.23 |
| 5 | Medicare wages and tips | 4503.68 |
| 6 | Medicare tax withheld | 65.30 |
| a | Control Number | 136161 |
|   | Dept. | PX2 |
|   | Corp. | F80292 AAAA |
|   | Employer use only | A  3529 |

c Employer's name, address, and ZIP code:
AARP FOUNDATION
601 E ST NW RM A8-230
WASHINGTON DC 20049

b Employer's FED ID number: 52-0794300
d Employee's SSA number: 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

e/f Employee's name, address and ZIP code:
JAMES E HENDERSON
2109 E JACKSON
SPRINGFIELD, IL 62703

| 16 State | Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|---|
| IL | 52-0794300 000 1 | 4503.68 |

18 State income tax: 107.47


**AARP** Senior Community Services Employment Program

**Application For SCSEP Services**                                                1-A

Project Site #: 29

Prepared By: Ann Marie Srkzekut
(Office Use Only)

Application Date: 4/8/2004

## INTRODUCTION TO THE SCSEP

The Senior Community Service Employment Program (SCSEP) is a grant program funded by the U.S. Department of Labor and administered through the AARP Foundation. The following information will provide you with a better understanding of the SCSEP and participants' responsibilities. It is vital to the success of the program that you understand the true mission of the program before you decide to apply and/or enroll.

The SCSEP is <u>not</u> an entitlement or income maintenance program and the assignments participants have while enrolled in the program are not "jobs." SCSEP enrollees' main goal is finding and accepting unsubsidized employment. Available SCSEP funding limits services to less than 3% of the eligible population. Therefore, a project site may not always have enrollment vacancies, and even if eligible, you may be placed on a waiting list.

The SCSEP is designed to provide job training and job search assistance to individuals age 55 and older with limited income. If enrolled, during your months on the program you will be assigned to temporary work/training assignments for which they will be paid for training to offset costs of looking for permanent, unsubsidized employment.

### STEP 1. CONTACT INFORMATION

| Last Name | First Name | Middle Initial | Suffix |
|---|---|---|---|
| Henderson | James | E | |

| Home Address | | | Home Address Line 2 |
|---|---|---|---|
| 2109 E Jackson | | | |

| City | State | Zip | County |
|---|---|---|---|
| Springfield | IL | 62703 | Sangamon |

| Mailing Address (if different) | | | Mailing Address Line 2 |
|---|---|---|---|
| | | | |

| City | State | Zip | State of Residence if Different than Address |
|---|---|---|---|
| | | | |

Drivers License
DOCUMENT TO VERIFY RESIDENCY

Home Phone 1: 217 523 7391

Home Phone 2:

Email:

Are you homeless?  n

Are you 55 or Older?  y

Date of Birth: 5/21/35

Age: 68.93

Drivers License
DOCUMENT TO VERIFY AGE

11-Jan-01

# AARP FOUNDATION SCSEP ENROLLMENT AGREEMENT

I understand as an enrollee in the AARP Foundation Senior Community Service Employment Program (SCSEP):

(1) The purpose of the SCSEP is to provide community service and to help me find a job. When I get a job off the program I may lose all or part of those public benefits I now receive. These benefits may include: Public Housing, Food Stamps, SSI/SSD, and Medicaid.

(2) The Senior Community Service Employment Program (SCSEP) is a short-term, work-training program to prepare me for work and is not permanent employment. SCSEP enrollees are considered to be in training status, preparing to accept unsubsidized employment, and are not employees of either the AARP Foundation or the Host Agency to which they are assigned.

(3) I am required to cooperate with the Project Director and Employment Specialists by accepting referrals and interviews for jobs outside the program and to accept transfers to other Host Agency assignments as necessary to further my training and work experience. I agree to maintain registration with the State Employment Service and/or One Stop Center, and to attend job search training, job clubs, enrollee meeting, etc., when offered by the Project Office, and to engage in continuing subsidized job search activities.

(4) The Project Director may change or terminate my current work-training Host Agency assignment at any time; that I may not volunteer time at the Host Agency, and that I will not be paid for any time that was not authorized or performed outside of my work-training schedule.

(5) AARP Foundation SCSEP may change enrollee benefits and guidelines at any time, and reduce my hours if necessary due to budgetary constraints.

(6) My enrollment in the SCSEP is based on a number of things, such as my continuing eligibility and the satisfactory performance of my work-training assignment at Host Agencies. If information I provided to meet the program's eligibility is inaccurate I may be subject to dismissal.

By signing this Agreement, I acknowledge receiving the Enrollee Handbook, an orientation to the SCSEP, and a copy of the Job Description for my Host Agency assignment. By signing I agree to comply with all policies and procedures of the SCSEP. I further understand that failure to comply with the terms of this agreement could put my enrollment at risk and may result in my separation from the program.

_James E. Henderson_     10-01-01     (10-21-01)
Enrollee                 Date

_Kara Lutsch_  no match    10-01-01
Project Director  Forge    Date

Distribution:  Original – Project Office     Copy – Enrollee

(Initial All That A)

    b. I acknowledge that if I am found eligible and enroll and/or when I find unsubsidized employment that I may lose all or part of the benefits noted above. (Initial ____)

    c. I agree—even if I may lose benefits—that if I am enrolled I will cooperate with the Project Director/Employment Specialists by:
- accepting referrals and interviews for unsubsidized jobs (initial ____)
- conducting an ongoing search for unsubsidized employment as specified in my IEP and as directed by the Project Director and/or project site staff (Initial ____)
- accepting regular transfers of my Host Agency assignments as necessary to further my training and work experience (Initial ____)
- maintaining registration with the State Employment Service and/or One Stop Center (Initial ____)
- attending job search training, job clubs, enrollee meeting, etc., when required by the Project Office, and to engage in continuing unsubsidized job search activities. (Initial ____)

(3) SCSEP is a short-term, work-training program usually lasting months, not years, which helps to prepare participants for unsubsidized employment. SCSEP enrollees are considered to be in temporary, training status, preparing to accept unsubsidized employment off of the program. The program is not an entitlement, nor is it designed to provide income maintenance. I acknowledge that training with the Host Agency is NOT a job and if I am enrolled I am not an employee of either the AARP Foundation or the Host Agency to which I am assigned. (Initial ____)

(4) The Project Director may change my enrollment status or terminate my work-training Host Agency assignment at any time. Participants complete a skills assessment and an Individual Employment Plan (IEP) upon enrollment. Based on the needs identified in my (IEP) and the skills I possess, AND based on the needs of the AARP Foundation SCSEP, I could be transferred from one work-training assignment to another to broaden my experience and better prepare me for an unsubsidized job off of this program or to make adjustments to the program as required by funding. The number of transfers, length of training assignments, and the location of my assignment are based on my place and progress in the program AND the needs of the program for ongoing support. I should not compare my progress, transfers, and tenure on the program with anyone else. (Initial ____)

(5) I may not volunteer time at the Host Agency, and I will not be paid for any time that was not authorized or that was performed outside of my work-training schedule. In addition, the Host Agency may request my removal anytime my behavior, attendance, attitude, or aptitude for the training assignment proves detrimental to the agency or SCSEP. (Initial ____)

(6) AARP Foundation SCSEP may change enrollee benefits and guidelines at any time, and reduce my hours if necessary due to budgetary constraints. (Initial ____)

(7) My enrollment in the SCSEP is based on a number of things, including my continuing eligibility, satisfactory performance of my work-training assignments at Host Agencies; maintenance of suitable transportation that allows me to accept training and an unsubsidized job at locations throughout my community; and my willingness to actively cooperate in the job search process as spelled out in my IEP and directed by the Project Director and/or project site staff. If information I provided to meet the program's eligibility is inaccurate I may be subject to immediate dismissal. (Initial ____)

(8) I understand that tenure in the SCSEP is normally months, not years. Under normal circumstances an enrollee will have taken advantage of all the resources and services available in this program after two or three training assignments and should be well on his or her way to finding unsubsidized employment off the program. Given our limited funding and the number of eligible individuals who need our help, we cannot keep individuals on the program who have exhausted all our resources. (Initial ____)

(9) While not a condition of enrollment, it is expected that participants will maintain a bank account and utilize the program's direct deposit service.

# Senior Community Service Employment Program
## Enrollee Separation Data

Site Number: 029
502-E Site Num: 529
Site: Springfield, IL                                       Grant Number: AD-13029-03-60

### Enrollee Data

James Edward Henderson
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
Title V File #: 311636
502e File #:

Address / Phone:
2109 East Jackson
Springfield, IL 62703-
(217) 523-7391

### Placement Data

### Separation Data

Reason for Separation   Temporary Assignment
Separation Date         06-04-2004

**Gates McDonald Information:**
Gates McDonald Parent ID: 90179
ADP Code:        A
VRU Code:        04
Separation Date: 06-04-2004
Enrollment Date: 04-19-2004

### Date History

SCSEP Enrollment Date: 04-19-2004
Unsubsidized Start Date:
Official Placement Date:

**Comments:**

_____
_____
_____
_____

Unemployment Claims Processor Notified on: _____
                                            Date

**Signatures:**

_____    _____
Enrollee                            Date

_Karen Lentsch_ (signature)         June 4, 04
Project Director                    Date

(10) I agree to provide SCSEP all my employment information, once I secured an unsubsidized job. (Initial _JH_)

(11) Release of Information: I agree to allow the release of information about my enrollment, assignments, employment status and wages while enrolled or for up to a year after leaving the program for reporting or program promotion purposes. (Initial _JH_)

*By signing this document, I acknowledge my understanding of the purposes of this program. If the program has vacancies, if I am found eligible, and if the program has the ability to meet my needs, I will be enrolled. If enrolled, I will receive the Enrollee and Host Agency Supervisor Handbook and an orientation to the SCSEP. I understand that I will be provided with a copy of the Training Assignment Description for my training assignment. If enrolled, by signing I agree to comply with all policies and procedures of the SCSEP. I further understand that failure to comply with the terms of this agreement at any time during my time on the program could put my enrollment at risk and may result in my separation from the program.*

_____          5/14/04
Applicant                                         Date
_Karen Lyntsc_____          5-14-04
Project Director                                Date

**STEP 5: PROJECT DIRECTOR REVIEW**

Application must now be reviewed by the Project Director for approval to continue the application process.

_explained + done @ Job Club c Ana Maria_
_(tc)_