No. 3.05-CV-3179-RM-CHE

Page 1 of 5

STATE OF ILLINOIS

COUNTY OF SANGAMON

**FILED**

NOV 0 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**AAFIDAVIT**

Now comes James Henderson and under oath hereby swears and affies as follows:

1. The matters set forth herein are based on personal knowledge and are sworn by me to be true. The affiant can and will testify on personal knowledge as to each of the facts set forth herein.

2. I never said I was an employed by the YMC.A. The YMCA was my host agency.

3. Three through six I agree with Jill.

7. Number 7 state there was no paid employee for this volunteer position. While employed I worked with three other individuals that were on the YMCA payroll. They were laundry workers but had other title position; they worked with me during my thirty-day stay. A laundry worker is solely a volunteer position within the YMCA created as a community service and a direct result of the partnership with the SCSEP to provide work and work training opportunities to SCSEP Participant. I worked with Ed, Ali, and Nate All paid by the YMCA to do volunteer position. They all came from AARP and hired by the YMCA. AARP sent Nate and I together.

No. 3.05-CV-3179-RM-CHE

PAGE 2 OF 5

8  Number eight and nine we agree upon.

10 I disagree with her statement about William Palumbo, No one that worked in the laundry room has heard of him, I have spoken with several individuals. Enclosed are copies from the EEOC Investigation.

Number eleven and twelve I agree with Jill

13  At the conclusion of Mr. Henderson volunteer term there was no positions available at the YMCA for which he was qualified, this is untrue. I was sent there by AARP IN 1998, and worked in the maintenance department, In 1999 I was crew leader during their summer program working with the hired youths. My boss was Fred Logan, I know I was qualified. They told the EEOC they did not have funds to hire.

*James Henderson*

Subscribed and sworn to before me, a Notary Public, this ___3rd___ day of November 2005

"OFFICIAL SEAL"
Wendy M. Friedrich
Notary Public, State of Illinois
My Commission Exp. 02/06/2008

*Wendy M. Friedrich*
NOTARY PUBLIC

No. 3:05-CV-03179-RM-CHE

Page 3 of 5

Certificate of Service

Original to court and copies sent to the Attorneys

FRANCIS J LYNCH
WOLTER, BEEMAN & LYNCH
Attorneys for defendant YMCA
413 South Seventh Street
Springfield, Illinois 62703

Michael P. Butler
150 N. Michigan Avenue, Suite 420
Chicago, Illinois 60601

Exhibit-A

him CP's all weds steve jobs 3

210-2005-02878

James Edward Henderson v AARP/YMCA ?

called 2/17/04

- CP seems to have filed w/ IDHR (21B-2005-00296C)  status open?
- sex discrimination - female case - maybe filed on someone's behalf? -

Called 2/17/04 - 2:40 pm - left message on 217-523-7391

employed for 2 years by AARP?
had heart attack? when? - how long was PCP away from work?
4/19/2004 - put back to work 30 days later was let go?

- replaced by a 55 y/o F. ?       - 30 day policy? or hiring

who paid salary - was it YMCA - AARP - contracted out - who wanted him removed?
who is the employer? -
who removed you from YMCA position?

AARP- seems to have put PCP to work after the [illegible] leave then
- AARP senior employment  around 700-001
- referred to YMCA →
- AARP pays - 20 hrs a week.
- YMCA sets the schedule.
Ann Marie - case consultant - works 217-544-5777.
- CP states that [illegible] PR hired someone else for the position 56 y/o.
- CP is out of the program - CP states that they

Wednesday afternoon

sent him a paper to waiver.

3-6 months and see if the person hires you.

{ *witness name, # Bill Benette. (217) 522-0443.

- YMCA said they didn't have funds to hire.