E-FILED
Friday, 16 December, 2005 02:08:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **JAMES E. HENDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  3:05-CV-3179-RM-CHE |
| | ) | |
| **YMCA** | ) | **District Judge Richard Mills** |
| | ) | |
| **and** | ) | **Magistrate Judge Charles H. Evans** |
| | ) | |
| **AARP,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT AARP FOUNDATION'S PROPOSED DISCOVERY PLAN

Pursuant to this Court's Order of November 29, 2005, and in advance of the Telephone Status/Scheduling Conference set in this matter for December 20, 2005 at 9:00 a.m., Defendant AARP Foundation submits the following proposed discovery plan pursuant to Fed. R. Civ. P. 26(f) and CDIL-LR 26.2(3)[1]:

1.  AARP Foundation respectfully submits that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) are not appropriate in the circumstances of the present action. Plaintiff is proceeding *pro se*, and has brought employment discrimination claims that are patently meritless in that AARP Foundation did not employ Plaintiff (as acknowledged in writing by Plaintiff).

---

[1] CDIL-LR 26.2(3) provides that the plaintiff is responsible for arranging the Rule 26(f) conference and for filing the proposed discovery plan required by CDIL-LR 26.2(3). The Plaintiff in the present matter is proceeding *pro se*, and did not contact the undersigned counsel prior to the filing of this proposed discovery plan. Counsel for AARP Foundation attempted to contact Plaintiff on December 15, 2005 and December 16, 2005, and left messages requesting that Plaintiff contact the undersigned counsel in order to confer and prepare a proposed discovery plan as required by this Court's November 29, 2005 Order; such messages were not returned. Accordingly, AARP Foundation has been left with no choice but to submit the proposed discovery plan without input from or participation by the Plaintiff.

CH:82066v1

AARP Foundation intends to file, as soon as practicable, a motion for summary judgment on the grounds that there is undisputed evidence establishing that AARP Foundation did not employ Plaintiff, and that AARP Foundation is therefore entitled to judgment as a matter of law.[2]  In view of these circumstances, AARP Foundation respectfully submits that the parties should be excused from exchanging Rule 26(a)(1) disclosures at the present time.

2. Motions to join other parties or to amend the pleadings to be filed no later than January 31, 2005.

3. Deadline for Plaintiff's expert-witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) (*i.e.*, the identification of Plaintiff's expert witnesses and delivery of Plaintiff's expert reports): March 1, 2006.

4. Deadline for Defendants' expert-witness disclosures (*i.e.*, the identification of Defendants' expert witnesses and delivery of Defendants' expert reports): March 31, 2006.

5. Completion of fact discovery to be accomplished no later than April 28, 2006.

6. Completion of expert discovery to be accomplished no later than April 28, 2006.

7. Dispositive motions to be filed no later than June 2, 2006.

Respectfully submitted,

AARP FOUNDATION

s/ Michael P. Butler (ARDC No. 6224597)
Epstein Becker & Green, P.C.
150 N. Michigan Avenue, 35th Floor
Chicago, Illinois 60601
Tel.: (312) 499-1400
Fax: (312) 845-1998
Email: mbutler@ebglaw.com

---

[2]  This Court also ruled on November 18, 2005 that Plaintiff was not employed by Defendant YMCA, and granted YMCA's Motion for Summary Judgment.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2005, I presented the foregoing DEFENDANT AARP FOUNDATION'S PROPOSED DISCOVERY PLAN to the Clerk of the Court for filing and uploading to the CM/ECF system, and that an exact copy of the foregoing was served by first class mail delivery upon Plaintiff James Henderson, 2109 E. Jackson, Springfield, IL 62703.

      s/ Michael P. Butler (ARDC No. 6224597)
Attorney for Defendant AARP Foundation
EPSTEIN BECKER & GREEN, P.C.
150 N. Michigan Avenue, 35th Floor
Chicago, Illinois 60601
Tel.: (312) 499-1400
Fax:  (312) 845-1998
Email: mbutler@ebglaw.com