E-FILED
Wednesday, 04 January 2006, 08:49:28 AM
Clerk, U.S. District Court, ILCD

FILED
JAN 0 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

January 03, 2006

To: District Judge Richard Mills
James E. Henderson V. YMCA and AARP;
No. 3:05-CV-3179-RM-CHE

Dear District Judge Richard Mills:

I would like to know why I was not notified on the cancellation of the conference call on Tuesday, October 25, 2005 at 9:00 A.M.

I stayed home all that day Tuesday, October 25, 2005 waiting for the conference call.

I went to the court house the next day on Wednesday, October 26, 2005 and they told me the conference call had been cancelled.

I want to know the reason I was not notified about the cancellation of the conference call on Tuesday, October 25, 2005.

James Henderson