E-FILED
Wednesday, 18 January, 2006  02:07:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **JAMES E. HENDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  3:05-CV-3179-RM-CHE |
| | ) | |
| **YMCA** | ) | **District Judge Richard Mills** |
| | ) | |
| **and** | ) | **Magistrate Judge Charles H. Evans** |
| | ) | |
| **AARP,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT AARP FOUNDATION'S STATUS REPORT

Pursuant to this Court's Order of December 19, 2005, Defendant AARP Foundation submits the following status report:

1.   This is an action for alleged employment discrimination.

2.   On December 16, 2005, Defendant submitted a proposed discovery plan.  In the plan, Defendant stated that it intended to file, as soon as practicable, a motion for summary judgment on the grounds that no employment relationship existed between Plaintiff and Defendant (and, on that basis, Defendant requested to be excused, at least for the present time, from the disclosure obligations in Fed. R. Civ. P. 26(a)(1)).

3.   Noting Defendant's statement of intent to file an early motion for summary judgment, this Court ordered on December 19, 2005 that Defendant must file a status report if its motion was not filed by January 17, 2006.

4.   The motion will demonstrate that Plaintiff, a participant in the U.S. Department of Labor's Senior Community Service Employment Program, was not Defendant's employee as a matter of law, and therefore cannot pursue an employment-discrimination claim against

CH:84406v1


Defendant. With apologies to the Court, however, Defendant's counsel was unable to finalize the motion, brief and supporting affidavits by January 17, but anticipates being able to finalize and file same within fourteen (14) days.

<div style="text-align: right">

Respectfully submitted,

AARP FOUNDATION

s/ Michael P. Butler (ARDC No. 6224597)
Epstein Becker & Green, P.C.
150 N. Michigan Avenue, 35th Floor
Chicago, Illinois 60601
Tel.: (312) 499-1400
Fax: (312) 845-1998
Email: mbutler@ebglaw.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2006, I presented the foregoing DEFENDANT AARP FOUNDATION'S STATUS REPORT to the Clerk of the Court for filing and uploading to the CM/ECF system, and that an exact copy of the foregoing was served by first class mail delivery upon Plaintiff James Henderson, 2109 E. Jackson, Springfield, IL 62703.

<div style="text-align: right">

s/ Michael P. Butler (ARDC No. 6224597)
Attorney for Defendant AARP Foundation
EPSTEIN BECKER & GREEN, P.C.
150 N. Michigan Avenue, 35th Floor
Chicago, Illinois 60601
Tel.: (312) 499-1400
Fax:  (312) 845-1998
Email: mbutler@ebglaw.com

</div>