**E-FILED**
Wednesday, 01 February, 2006  04:42:17 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

## DECLARATION OF KAREN LENTSCH

I, Karen Lentsch, in accordance with 28 U.S.C. § 1746, state under penalty of perjury as follows:

1. I am the Project Director of the AARP Foundation's Senior Community Service Employment Program ("SCSEP") project sites in Peoria and Springfield, Illinois.

2. SCSEP is a federal aid grant program funded mainly by the U.S. Department of Labor ("DOL"), and is administered through various State and non-profit grantees and national sponsors, one of which is the AARP Foundation. The SCSEP project established by AARP Foundation is known as the AARP Foundation Senior Community Service Employment Program.

3. SCSEP is designed to provide temporary training and developmental opportunities to low-income, economically-disadvantaged individuals aged 55 and older. It is a short-term training and community service program that helps to prepare participants for transition from community service and training assignments to gainful private or public employment.

4. As a SCSEP grantee, AARP Foundation places enrollees with community non-profit or public host agencies for temporary training and community service assignments, administers DOL grant funds for the benefit of eligible enrollee-participants, and assists participants in their search to find part-time or full-time jobs.

5. Most AARP Foundation SCSEP project sites have only one employee, the Project Director. This is true for AARP Foundation's Springfield, Illinois project site, at which I am the only employee, as well as for each of the other three sites in Illinois.

CH:63018v1


EXHIBIT A

6. Enrollees in the AARP Foundation SCSEP project sites for which I am Project Director generally train (on average) 20 hours per week at a community non-profit or public host agency, and receive financial assistance solely from federally-provided grant funds.

7. Host agencies are under no obligation to retain enrollees and they may request that an enrollee be removed from their agency at any time.

8. Participation in the AARP Foundation SCSEP is temporary and enrollees are expected to cooperate with the SCSEP Project Director, accept reassignments, and to actively and on their own search for and accept employment.

9. AARP Foundation SCSEP enrollees must sign a written agreement acknowledging their obligations under the SCSEP. These agreements expressly provide that enrollees are not employees of AARP Foundation or the host agencies to which they are assigned.

10. James Henderson signed a SCSEP Enrollment Agreement on October 1, 2001, which I also signed on behalf of AARP Foundation, and Mr. Henderson was enrolled in AARP Foundation's SCSEP Springfield, Illinois project on October 21, 2001. I personally witnessed Mr. Henderson's signature of the SCSEP Enrollment Agreement.

11. A true and correct copy of the SCSEP Enrollment Agreement is attached hereto as Exhibit 1.

12. At the time of his enrollment, Mr. Henderson was given a temporary assignment at St. Joseph's Nursing Home.

13. Approximately five months later Mr. Henderson left the project because of poor health.

14. A few years later, Mr. Henderson sought to re-enroll in the project, and signed an Application for SCSEP Services on or about May 14, 2004, which I also signed on behalf of AARP Foundation. I personally witnessed Mr. Henderson's signature of the Application for SCSEP Services.

15. A true and correct copy of the Application for SCSEP Services is attached hereto as Exhibit 2.

16. At the time of his re-enrollment Mr. Henderson was given a temporary 30-day assignment at the YMCA.

17. AARP Foundation, through the AARP Foundation SCSEP, had no role in the YMCA's decision not to hire Mr. Henderson at the conclusion of his temporary assignment.

18. As AARP Foundation SCSEP Project Director, I did not supervise Mr. Henderson's performance of any aspect of his assignment at the YMCA, and did not direct or control the nature of the services performed at the YMCA by Mr. Henderson in any manner whatsoever.

19. As of June 30, 2004, at the SCSEP sites under my direction, there were 59 enrollees who were 65 years of age or older. Of these, 35 were older than Mr. Henderson.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT, AND THAT THIS DECLARATION WAS SIGNED IN PEORIA, ILLINOIS ON JANUARY 31, 2006.

_Karen Lentsch_
KAREN LENTSCH

# EXHIBIT A, EX. 1

# AARP FOUNDATION SCSEP ENROLLMENT AGREEMENT

I understand as an enrollee in the AARP Foundation Senior Community Service Employment Program (SCSEP):

(1) The purpose of the SCSEP is to provide community service and to help me find a job. When I get a job off the program I may lose all or part of those public benefits I now receive. These benefits may include: Public Housing, Food Stamps, SSI/SSD, and Medicaid.

(2) The Senior Community Service Employment Program (SCSEP) is a short-term, work-training program to prepare me for work and is not permanent employment. SCSEP enrollees are considered to be in training status, preparing to accept unsubsidized employment, and are not employees of either the AARP Foundation or the Host Agency to which they are assigned.

(3) I am required to cooperate with the Project Director and Employment Specialists by accepting referrals and interviews for jobs outside the program and to accept transfers to other Host Agency assignments as necessary to further my training and work experience. I agree to maintain registration with the State Employment Service and/or One Stop Center, and to attend job search training, job clubs, enrollee meeting, etc., when offered by the Project Office, and to engage in continuing subsidized job search activities.

(4) The Project Director may change or terminate my current work-training Host Agency assignment at any time; that I may not volunteer time at the Host Agency, and that I will not be paid for any time that was not authorized or performed outside of my work-training schedule.

(5) AARP Foundation SCSEP may change enrollee benefits and guidelines at any time, and reduce my hours if necessary due to budgetary constraints.

(6) My enrollment in the SCSEP is based on a number of things, such as my continuing eligibility and the satisfactory performance of my work-training assignment at Host Agencies. If information I provided to meet the program's eligibility is inaccurate I may be subject to dismissal.

By signing this Agreement, I acknowledge receiving the Enrollee Handbook, an orientation to the SCSEP, and a copy of the Job Description for my Host Agency assignment. By signing I agree to comply with all policies and procedures of the SCSEP. I further understand that failure to comply with the terms of this agreement could put my enrollment at risk and may result in my separation from the program.

_____   10-01-01
Enrollee                          Date

_____   10-01-01
Project Director                  Date

Distribution:   Original – Project Office      Copy – Enrollee

EXHIBIT
A, Ex. 1

# EXHIBIT A, EX. 2

**AARP** Senior Community Employment Program

## Application for SCSEP Services

Application Date **5-14-04**

### INTRODUCTION TO THE SCSEP

The Senior Community Service Employment Program (SCSEP) is a grant program funded by the U.S. Department of Labor and administered through the AARP Foundation. The following information will provide you with a better understanding of the SCSEP and participants' responsibilities. It is vital to the success of the program that you understand the true mission of the program before you decide to apply and/or enroll.

The SCSEP is designed to provide job training and job search assistance to individuals age 55 and older with limited income. During your months on the program, participants will be assigned to temporary work/training assignments for which they will be paid for training to offset costs of looking for permanent, unsubsidized employment.

The SCSEP is _not_ an entitlement or income maintenance program and the assignments enrollees have while enrolled in the program are not "jobs." SCSEP enrollees' main goal is finding and accepting unsubsidized employment. Available SCSEP funding limits services to less than 3% of the eligible population. Therefore, a project site may not always have enrollment vacancies, and even if eligible, you may be placed on a waiting list.

### STEP 1. CONTACT INFORMATION

Name: **James E. Henderson**
Mailing Address: **2109 E. Jackson St.**   Apt. __
City **Springfield**   State **IL**   Zip **62703**
Telephone: **(217) 523-7391**   Alternate Telephone: **(217) 522-1438**
                                                     **Lillie Wilson**

Are you currently homeless?   ☐ Yes   ☒ No
Are you 55 or older?   ☒ Yes   ☐ No   Birth Date: _____

I am not 55 years or older, or I believe my current income is above SCSEP guidelines, but I would like to be entered into your database for possible job referral purposes.   ☒ Yes (Please complete Steps 2 & 3)   ☐ No

### STEP 2: APPLICANT INFORMATION

Have you ever been previously enrolled in the SCSEP   ☒ Yes   ☒ No
If yes, program name: **AARP**
Were you enrolled within the last 12 months?   ☒ Yes   ☐ No
How did you hear about the SCSEP? **AARP**

Are you a veteran?   ☐ Yes   ☒ No
Are you the spouse of a veteran?   ☐ Yes   ☒ No
Do you have reliable transportation   ☒ Yes   ☐ No
If so, what type?   **02 Dodge**

**EXHIBIT A, Ex. 2**

**Availability for Work -**
Are you interested in....
Can you work evenings?
Can you work weekends?

- [x] Part Time   [ ] Full Time   [ ] Either
- [x] Yes   [ ] No  Why Not? _____
- [ ] Yes   [x] No  Why Not? _____

What are your goals if you are enrolled in the SCSEP? _To get a job._

What are your employment goals?
(Mark your top 3 choices)

- [ ] Bookkeeping / Accounting
- [ ] Clerical / Office
- [ ] Computer
- [ ] Construction
- [ ] Custodial
- [ ] Customer Service
- [x] Eduction

- [ ] Food Service
- [ ] General Trades
- [x] Assembler
- [ ] Driver
- [ ] Guard
- [ ] Stock Clerk
- [ ] Health Care

- [ ] Library
- [ ] Maintenance
- [ ] Retail
- [x] Social Services

## STEP 3: EMPLOYMENT AND BENEFITS INFORMATION

Are you currently receiving any of the following benefits? (Check all that apply)
- [ ] SSI
- [ ] TANF
- [ ] State or Local Welfare
- [ ] Food Stamps
- [ ] Subsidized Housing
- [ ] Other
- [x] No

Have you been employed in the last 7 days?   [x] Yes   [ ] No

Have you received wages within the last three months?   [x] Yes   [ ] No

If yes, what were your total wages earned during that period? $ _242.00_

Are you currently receiving or have you ever received workers compensation?   [ ] Yes   [x] No
If yes, please explain including dates of claim _____

## STEP 4: PROGRAM INFORMATION
Please review the following statements and provide information or initial where appropriate.

(1) The purpose of the SCSEP is to provide part-time training while I actively work to find a job off of the program. <u>This is not a permanent job</u>. This program does not have the funding to serve everyone who is eligible, and this program does not have the ability to serve those with no reliable transportation or those who do not wish to find a job off the program.
(Initial _____)

(2) If I am determined eligible and enroll and/or when I get a job off the program, I understand that I may lose all or part of those public benefits I now receive. These benefits may include: Public Housing, Food Stamps, SSI/SSD, and Medicaid.
  a. I am currently receiving: Public Housing ____, Food Stamps____, SSI/SSD____, Medicaid____
     Other _S.S_____ NoBenefits_____

(Initial All That A)

b. I acknowledge that if I am found eligible and enroll and/or when I find unsubsidized employment that I may lose all or part of the benefits noted above. (Initial ___)

c. I agree—even if I may lose benefits—that if I am enrolled I will cooperate with the Project Director/Employment Specialists by:
   - accepting referrals and interviews for unsubsidized jobs (Initial ___)
   - conducting an ongoing search for unsubsidized employment as specified in my IEP and as directed by the Project Director and/or project site staff (Initial ___)
   - accepting regular transfers of my Host Agency assignments as necessary to further my training and work experience (Initial ___)
   - maintaining registration with the State Employment Service and/or One Stop Center (Initial ___)
   - attending job search training, job clubs, enrollee meeting, etc., when required by the Project Office, and to engage in continuing unsubsidized job search activities. (Initial ___)

(3) SCSEP is a short-term, work-training program usually lasting months, not years, which helps to prepare participants for unsubsidized employment. SCSEP enrollees are considered to be in temporary, training status, preparing to accept unsubsidized employment off of the program. The program is not an entitlement, nor is it designed to provide income maintenance. I acknowledge that training with the Host Agency is NOT a job and if I am enrolled I am not an employee of either the AARP Foundation or the Host Agency to which I am assigned. (Initial ___)

(4) The Project Director may change my enrollment status or terminate my work-training Host Agency assignment at any time. Participants complete a skills assessment and an Individual Employment Plan (IEP) upon enrollment. Based on the needs identified in my (IEP) and the skills I possess, AND based on the needs of the AARP Foundation SCSEP, I could be transferred from one work-training assignment to another to broaden my experience and better prepare me for an unsubsidized job off of this program or to make adjustments to the program as required by funding. The number of transfers, length of training assignments, and the location of my assignment are based on my place and progress in the program AND the needs of the program for ongoing support. I should not compare my progress, transfers, and tenure on the program with anyone else. (Initial ___)

(5) I may not volunteer time at the Host Agency, and I will not be paid for any time that was not authorized or that was performed outside of my work-training schedule. In addition, the Host Agency may request my removal anytime my behavior, attendance, attitude, or aptitude for the training assignment proves detrimental to the agency or SCSEP. (Initial ___)

(6) AARP Foundation SCSEP may change enrollee benefits and guidelines at any time, and reduce my hours if necessary due to budgetary constraints. (Initial ___)

(7) My enrollment in the SCSEP is based on a number of things, including my continuing eligibility, satisfactory performance of my work-training assignments at Host Agencies; maintenance of suitable transportation that allows me to accept training and an unsubsidized job at locations throughout my community; and my willingness to actively cooperate in the job search process as spelled out in my IEP and directed by the Project Director and/or project site staff. If information I provided to meet the program's eligibility is inaccurate I may be subject to immediate dismissal. (Initial ___)

(8) I understand that tenure in the SCSEP is normally months, not years. Under normal circumstances an enrollee will have taken advantage of all the resources and services available in this program after two or three training assignments and should be well on his or her way to finding unsubsidized employment off the program. Given our limited funding and the number of eligible individuals who need our help, we cannot keep individuals on the program who have exhausted all our resources. (Initial ___)

(9) While not a condition of enrollment, it is expected that participants will maintain a bank account and utilize the program's direct deposit service.

(10) I agree to provide SCSEP all my employment information, once I secured an unsubsidized job. (Initial _JH_ )

(11) Release of Information: I agree to allow the release of information about my enrollment, assignments, employment status and wages while enrolled or for up to a year after leaving the program for reporting or program promotion purposes. (Initial _JH_

*By signing this document, I acknowledge my understanding of the purposes of this program. If the program has vacancies, if I am found eligible, and if the program has the ability to meet my needs, I will be enrolled. If enrolled, I will receive the Enrollee and Host Agency Supervisor Handbook and an orientation to the SCSEP. I understand that I will be provided with a copy of the Training Assignment Description for my training assignment. If enrolled, by signing I agree to comply with all policies and procedures of the SCSEP. I further understand that failure to comply with the terms of this agreement at any time during my time on the program could put my enrollment at risk and may result in my separation from the program.*

_James Henderson_    5/14/04
Applicant            Date

_Karen Lintsch_      5-14-04
Project Director     Date


## STEP 5: PROJECT DIRECTOR REVIEW

Application must now be reviewed by the Project Director for approval to continue the application process.

*explained + done @ Job Club c Ann Marie*