E-FILED
Wednesday, 01 February, 2006  04:43:06 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

| | |
|---|---|
| **EMPLOYMENT AND TRAINING ADMINISTRATION ADVISORY SYSTEM U.S. DEPARTMENT OF LABOR Washington, D.C. 20210** | **CLASSIFICATION** SCSEP |
| | **CORRESPONDENCE SYMBOL** ONP |
| | **DATE** June 30, 2005 |

**ADVISORY:**   TRAINING AND EMPLOYMENT GUIDANCE LETTER No. 37-04

**TO:**   ALL SENIOR COMMUNITY SERVICE EMPLOYMENT PROGRAM GRANTEES

**FROM:**   EMILY STOVER DeROCCO
Assistant Secretary

**SUBJECT:**   PROGRAM YEAR 2005 PLANNING INSTRUCTIONS AND ALLOTMENTS FOR ALL APPLICANTS

1. **Purpose.** To provide all SCSEP applicants with grant application instructions and procedures for Program Year (PY) 2005 beginning July 1, 2005.

   **NOTE:** Separate instructions for the application for funding under the special private sector set-aside under section 506(a)(1) of the Older Americans Act Amendments of 2000 (OAA Amendments) will be published in the Federal Register, or in another appropriate medium.

2. **References.** OAA Amendments, Pub. L. 106-501; 20 CFR Part 641

3. **Background.** The Fiscal Year 2005 appropriation for Title V of the OAA is $438,678,400. This funding will be used to support over 61,300 authorized SCSEP community service positions and will result in approximately 93,000 people being served during Program Year 2005 beginning July 1, 2005.

4. **PY 2005 Program Allotments.** Please see the attachments for the state funding levels and authorized positions.

5. **Grant Application Procedures.** All SCSEP grant applicants must submit a grant application package in order to be funded. No grant will be recommended for funding that fails to provide any of the required information outlined in this guidance.



**EXHIBIT**
C

- 2 -

A complete grant application package must contain an original and two copies of the following:

  a. Project Narrative or Technical Proposal

  b. An SF-424 Form, Application for Federal Assistance (one signed original and two copies)*

  c. An SF-424A Form, Budget Information Form, with a detailed budget breakout*

  d. Assurances and Certifications

  e. Special Conditions/Clauses

  f. If changes have been made or required in the applicant's operating manuals and procedures (including orientation materials provided to participants on policies) since the PY 2004 submission, send one copy of the updated materials

  g. Required attachments: Most recent audit report, most recent monitoring report, cross border agreement, PY 2005 performance goals, and Corrective Action Plan (if performance was less than the 20 percent unsubsidized placement goal)

     NOTE: If the applicant can demonstrate that it has met or is on target to meet the 20 percent Placement Goal in Program Year 2004 at the time of application, a Corrective Action Plan does not need to be submitted

*Clean copies of the forms may be obtained from the ETA Web site: http://doleta.gov/seniors/. Click on "Technical Assistance" and look for Government Forms.

6. **Grant Application Intergovernmental Reviews**. In accordance with section 502(d) of the OAA Amendments, applicants must share applications on an intra-state basis and provide their Area Agencies on Aging (AAAs) with copies of the SF-424, Application for Federal Assistance, including a summary of the project locations and an explanation of the services that will be provided. In addition, procedures established by Executive Order 12372 which implements the Single Point of Contact (SPOC) system, should be followed unless the state SPOC has waived this requirement. Any comments received should be sent to the Division of Older Worker Programs (DOWP).

7. **Methods of Submission**. Grant applications may only be submitted by U.S. Postal Service or overnight delivery. Electronic submissions are not acceptable.

- 3 -

8. **Eligibility Review/Responsibility Review/Grant Application Review**. The Department will conduct a pre-award eligibility review, responsibility review and grant application review as provided at section 514(c)–(d) the OAA Amendments and 20 CFR 641.430-440. Applicants will not be designated as grantees for PY 2005 if they:

   a. Fail to meet the eligibility test of section 514(c) of the OAA Amendments and criteria as provided at 20 CFR 641.430.

   b. Fail to meet the responsibility tests of section 514(d) of the OAA Amendments as provided at 20 CFR 641.440.

   c. Fail to meet the general requirements of the OAA Amendments and 20 CFR Part 641.

When appropriate, applicants will be advised of the Department's concerns by letter, which may include, if appropriate, corrective action(s) specified as a funding condition and a time frame for the completion of the corrective action(s).

9. **Performance Goals for 2005**. During the last complete program year, PY 2003, SCSEP operated with two mandated measures: placement and service level. The Department established nationwide goals of 30% for placement and 140% for service level. Approximately 100,000 individuals were served and nearly 20,000 placed. PY 2004 was a baseline year for establishing performance goals on the measures mandated by 20 CFR 641.700 of the final rule and OWB 04-06:

   a. Placement Rate
   b. Service Level
   c. Service to Most-in-Need
   d. Community Service (subject to sanctions in PY 2006)
   e. Employment Retention
   f. Customer satisfaction for employers, participants and host agencies
   g. Earnings increase (subject to sanctions in PY 2006)

As set forth in the regulations and ETA advisories, the Department will negotiate performance goals with each successful applicant for each of the new performance measures. These goals will be effective July 1, 2005, and will be incorporated into PY 2005 grants. Final goals will reflect national goals based on the national baseline, grantee baseline performance, any adjustment to grantee goals based on the statutory factors, and the principles of continuous improvement.

10. **Administrative Costs**. As provided at 20 CFR 641.867, administrative costs are generally limited to no more than 13.5 percent of the SCSEP funds received for a program year. However, the Department may increase the amount available for administrative costs to not more than 15 percent. As provided at 20 CFR 641.870,

- 4 -

the Department may honor the request if it determines that it is necessary to carry out the project, and the applicant demonstrates that:

   a. Major administrative cost increases are being incurred in necessary program components; or
   b. The number of employment positions in the project or the number of minority eligible individuals participating in the project will decline if the amount available for paying the cost of administration is not increased; or
   c. The size of the project is so small that the amount of administrative expenses incurred to carry out the project necessarily exceeds 13.5 percent of the amount for such project.

General statements that costs have increased do not constitute adequate justifications. The applicant must identify which costs have increased, why they have increased, and how these costs relate to program operations.

11. **Schedule.**  Applicants must comply with the following timetable:

   a. The SF-424 and SF-424A Grant Application forms and narrative should be provided to the State Office on Aging and the Area Agencies on Aging upon submission to DOWP.
   b. The PY 2005 Grant Application is due in DOWP by July 22, 2005.  However, applicants are encouraged to submit their applications as soon as possible.

Please mail or deliver completed application packages to:

Ms. Ria Moore Benedict
Chief, Division of Older Workers Program
U.S. Department of Labor/ETA
200 Constitution Ave., N.W.
Room C-4312
Washington, D.C. 20210

12. **Inquiries.**  Questions may be directed to the appropriate Federal Project Officer.

13. **Attachments.**
   I.    Technical Proposal Instructions
   II.   Budget Information Instructions
   III.  Standard Forms SF-424 and SF 424A
   IV.   Assurances and Certifications
   V.    General Special Clauses
   VI.   Authorized Positions and Funding
   VII.  Contacts for State and National Grantees

**Instructions for Completion of the Grant Application Package**

**Contents:**

I. Technical Proposal Instructions

II. Budget Information Instructions

III. Standard Forms SF-424 and SF-424A

IV. Assurances and Certifications

V. General Special Clauses

VI Authorized Positions and Funding

VII. Contacts for State and National Grantees

## ASSURANCES - NON-CONSTRUCTION PROGRAMS

**NOTE:** Certain of these assurances may not be applicable to your project or program.  If you have questions, please contact the awarding agency.  Further, certain Federal awarding agencies may require applicants to certify to additional assurances.  If such is the case, you will be notified.

 As the duly authorized representative of the applicant, I certify that the applicant:

(1)  Has the legal authority to apply for Federal Assistance, and the institutional managerial and financial capability (including funds sufficient to pay the non-Federal share of project costs) to ensure proper planning, management and completion of the project described in this application.

(2)  Will give the awarding agency, the Comptroller General of the united States, and if appropriate, the State, through any authorized representative, access to and the right to examine all records, books, papers, or documents related to the award; and will establish a proper accounting system in accordance with generally accepted accounting standards or agency directives.

(3)  Will establish safeguards to prohibit employees from using their positions for a purpose that constitutes or presents the appearance of personal or organizational conflict of interest, or personal gain.

(4)  Will initiate and complete the work within the applicable time frame after receipt of approval of the awarding agency.

(5)  Will comply with the Intergovernmental Personnel Act of 1970 (42 U.S.C.4728-4763) relating to prescribed standards for merit systems for programs funded under one of the nineteen statutes or regulations specified in Appendix A of OPM's Standards for a Merit System of Personnel Administration (5 C.F.R. 900, Subpart F).

(6)  Will comply with all Federal statutes relating to nondiscrimination.  These include but are not limited to: (a) Title VI of the Civil Rights Act of 1964 (P.L. 88.352) which prohibits discrimination on the basis of race, color or national origin; (b) Title IX of the Education Amendments of 1972, as amended (20 U.S.C. 1681-1683, and 1685-1686), which prohibits discrimination on the basis of handicaps; (d) the Age Discrimination Act of 1975, as amended (42 U.S.C. 6101-6107), which prohibits discrimination on the basis of age; (e) the Drug Abuse Office and Treatment Act of 1972 (P.L. 92.255) as amended, relating to nondiscrimination on the basis of drug abuse; (f) the Comprehensive Alcohol Abuse and Alcoholism Prevention, , Treatment and Rehabilitation Act of 1970 (P.L. 91.616) as amended, relating to nondiscrimination on the basis of alcohol abuse or alcoholism; (g) 523 and 527 of the Public Health Service Act of 1912 (42 U.S.C. 290 dd.3 and 290 ee-3), as amended, relating to confidentiality of alcohol and drug abuse patient records; (h) Title VIII of the Civil Rights Act of 1968 (42 U.S.C. 3601 et seq.) as amended, relating to nondiscrimination in the sale, rental or financing of housing; (i) any other nondiscrimination provisions in the specific statute(s) under which application for Federal assistance is being made; and (j) the requirements of any other nondiscrimination statue(s) which may apply to the application.

(7)  Will comply, or has already complied, with the requirements of Titles II and III

of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (P.L. 91.646) which provides for fair and equitable treatment of persons displaced or whose property is acquired as a result of Federal or federally assisted programs.  These requirements apply to all interests in real property acquired for project purposes regardless of Federal participation in purchases.

(8)  Will comply with the provisions of the Hatch Act (U.S.C. 1501-1508 and 7324-7328) which limit the political activities of employees whose principal employment activities are funded in whole or in part with Federal funds.

(9)  Will comply, as applicable, with the provisions of the Davis-Bacon Act (40 U.S.C. 276a to 276a 7), the Copeland Act (40 U.S.C. 276c and 18 U.S.C. 874, and the Contract Work Hours and Safety Standards Act (40.327-333), regarding labor standards for federally assisted construction sub-agreements.

(10)  Will comply, if applicable, with Flood Insurance Purchase Requirements of Section 102(A) of the Flood Disaster Protection Act of 1973 (P.L. 93.234) which requires recipients in a special flood hazard area to participate in the program and to purchase flood insurance if the total cost of insurable construction and acquisition is $10,000 or more.

(11)  Will comply with environmental standards which may be prescribed pursuant to the following: (a) institution of environmental quality control measures under the National Environmental Policy Act of 1969 (P.L. 91.190) and Executive Order (EO) 11514; (b) notification of violating facilities pursuant to EO 11738; (c) protection of wetlands pursuant to EO 11990; (d) evaluation of flood hazards in flood plains in accordance with EO 11988; (e) assurance of project consistency with the approved State management program developed under the Coastal Zone Management Act of 1972 (16 U.S.C. 1451 et seq.); (f) conformity of Federal actions to State (Clear Air) Implementation Plans under Section 176(c) of the Clear Air Act of 1955, as amended (42 U.S.C. 7401 et seq.); (g) protection of underground sources of drinking water under the Safe Drinking Water Act of 1974, as amended, (P.L. 93.523); and (h) protection of endangered species under the Endangered Species Act of 1973, as amended, (P.L. 93.205).

(12)  Will comply with the Wide and Scenic Rivers Act of 1968 (16 U.S.C. 1271 et seq.) related to protecting components or potential components of the national wide and scenic rivers system.

(13)  Will assist the awarding agency in assuring compliance with Section 106 of the National Historic Preservation Act of 1966, as amended (16 U.S.C. 470), EO 11593 (identification and protection of historic properties), and the Archaeological and Historic Preservation Act of 1974 (16 U.S.C. 469a.1 et seq.).

(14)  Will comply with P.L. 93.348 regarding the protection of human subjects involved in research, development, and related activities supported by this award of assistance.

(15) Will comply with the Laboratory Animal Welfare Act of 1966 (P.L.) 89.544, as amended, 7 U.S.C. 2131 et seq. pertaining to the care, handling, and treatment of warm blooded animals held for research, teaching, or other activities supported by this award of assistance.

(16)  Will comply with the Lead-Based Paint Poisoning Prevention Act (42 U.S.C. 4801 et sew.) which prohibits the use of lead based paint in construction or rehabilitation of residence structures.

(17)  Will cause to be performed the required financial and compliance audits in accordance with the Single Audit Act of 1984.

(18)  Will comply with all applicable requirements of all other Federal laws, executive orders, regulations and policies governing this program.