E-FILED
Wednesday, 01 February, 2006  04:44:11 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT E

Westlaw.

S. REP. 102-397                                                                                         Page 1

S. REP. 102-397, S. Rep. No. 397, 102ND Cong., 2ND Sess. 1992, 1992 WL 352778
(Leg.Hist.)

**(Cite as: S. REP. 102-397)**

    P.L. 102-394, *1 DEPARTMENTS OF LABOR, HEALTH AND HUMAN SERVICES,
     AND EDUCATION AND RELATED AGENCIES APPROPRIATION BILL, 1993

        SENATE REPORT NO. 102-397
         September 10, 1992
        [To accompany H.R. 5677]

 The Committee on Appropriations, to which was referred the bill (H.R. 5677)
making appropriations for the Departments of Labor, Health and Human Services, and
Education and related agencies for the fiscal year ending September 30, 1993, and
for other purposes, reports the same to the Senate with various amendments and
presents herewith information relative to the changes recommended.

TABULAR OR GRAPHIC MATERIAL SET FORTH AT THIS POINT IS NOT DISPLAYABLE

          CONTENTS

```
                                                                        Page
Budget estimates ..................................................  4
Title I-Department of Labor:
     Employment and Training Administration ........................  8
     Labor-Management Standards ....................................  19
     Pension and Welfare Benefits Administration ...................  20
     Pension Benefit Guaranty Corporation ..........................  20
     Employment Standards Administration ...........................  22
     Occupational Safety and Health Administration .................  25
     Mine Safety and Health Administration .........................  27
     Bureau of Labor Statistics ....................................  28
     Departmental management .......................................  30
     Office of the Inspector General ...............................  32
Title II-Department of Health and Human Services:
     Acquired immune deficiency syndrome ...........................  36
     Health Resources and Services Administration ..................  38
     Centers for Disease Control ...................................  55
     National Institutes of Health .................................  73
     Substance Abuse and Mental Health Services Administration ....  146
     Office of the Assistant Secretary for Health .................  152
     Health Care Financing Administration .........................  158
     Social Security Administration ...............................  165
     Administration for Children and Families .....................  170
     Departmental management ......................................  189
Title III-Department of Education:
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



S. REP. 102-397                                                                   Page 2

S. REP. 102-397, S. Rep. No. 397, 102ND Cong., 2ND Sess. 1992, 1992 WL 352778
(Leg.Hist.)

**(Cite as: S. REP. 102-397)**

```
        Compensatory education for the disadvantaged ................. 191
        Impact aid ................................................... 195
        School improvement programs .................................. 198
        America 200 excellence in education .......................... 207
        Bilingual, immigrant and refugee education ................... 207
        Special education ............................................ 209
        Rehabilitation services and handicapped research ............. 215
        Special institutions for persons with disabilities ........... 222
        National Technical Institute for the Deaf .................... 222
        Gallaudet University ......................................... 223
        Vocational and adult education ............................... 224
        Student financial assistance ................................. 230
        Guaranteed student loans ..................................... 234
        Higher education ............................................. 239
        Howard University ............................................ 251
        College housing and academic facilities loans ................ 252
        Education research, statistics, and improvement .............. 254
        Libraries .................................................... 261
        Departmental management ...................................... 264
        Office for Civil Rights ...................................... 265
        Office of the Inspector General .............................. 265
    Title IV-Related agencies:
        ACTION ....................................................... 267
        Corporation for Public Broadcasting .......................... 269
        Federal Mediation and Conciliation Service ................... 270
        Federal Mine Safety and Health Review Commission ............. 270
        National Commission on Acquired Immune Deficiency Syndrome ... 270
        National Commission on Libraries and Information Science ..... 271
        White Conference on Library and Information Services ......... 271
        National Commission to Prevent Infant Mortality .............. 272
        National Council on Disability ............................... 272
        National Labor Relations Board ............................... 272
        National Mediation Board ..................................... 273
        Occupational Safety and Health Review Commission ............. 273
        Physician Payment Review Commission .......................... 273
        Prospective Payment Assessment Commission .................... 274
        Railroad Retirement Board .................................... 274
        Soldiers' and Airmen's Home .................................. 276
        U.S. Institute of Peace ...................................... 276
        U.S. Naval Home .............................................. 277
    Budgetary impact of bill ......................................... 278
    Compliance with standing rules of the Senate ..................... 278
    Comparative statement of new budget authority .................... 280
```

*4 SUMMARY OF BUDGET ESTIMATES AND COMMITTEE RECOMMENDATIONS

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

S. REP. 102-397                                                                    Page 3

S. REP. 102-397, S. Rep. No. 397, 102ND Cong., 2ND Sess. 1992, 1992 WL 352778
(Leg.Hist.)

**(Cite as: S. REP. 102-397)**

   For fiscal year 1993, the Committee recommends total current year budget
authority of $240,873,174,000 for the Department of Labor, Health and Human
Services, Education, and Related Agencies. Of this amount, $61,670,000,000 is
discretionary and $179,203,174,000 is mandatory funding. The discretionary amount
represents a 2-percent increase over the fiscal year 1992 level, while mandatory
funding represents an increase of 13 percent. The bill total, including subsequent
year advances, is $245,027,298,000.

ALLOCATION CEILING

   Consistent with Budget Committee scorekeeping, the recommendations result in
full use of discretionary outlays and discretionary budget authority pursuant to
section 602(b) of the Congressional Budget Act of 1974, as amended.

HIGHLIGHTS OF THE BILL

**\* The requested pages begin below \***

videos and slides.
   The Committee has provided sufficient funding to allow for joint project between
the Western Iowa Technical College and the Northwest Iowa Labor Council to provide
access to education, training, and work force development services to
approximately 25,000 working people in a nine-county area.
   The Committee has included $125,000 for the South Central Iowa Federation of
Labor for a mentoring program to provide school-to-work transition coordination.
This program will serve an eight-county area.
   Job training for the homeless.-The Committee recommends $12,638,000 for job
training for the homeless, $3,326,000 over the fiscal year 1992 funding level,
$4,362,000 less than the budget request, and $232,000 less than the House
allowance.

**\*15** COMMUNITY SERVICE EMPLOYMENT FOR OLDER AMERICANS

TABULAR OR GRAPHIC MATERIAL SET FORTH AT THIS POINT IS NOT DISPLAYABLE
   The Committee recommends an appropriation of $395,181,000 for this program, the
same level provided in fiscal year 1992, $52,367,000 over the budget request, and
$3,951,000 more than the House allowance.
   This program provides part-time job opportunities in community service
activities for unemployed, low-income individuals, aged 55 and older, as
authorized by title V of the Older Americans Act. Program participants generally
work 20 to 25 hours per week in a wide variety of activities including day care,
schools, hospitals, senior citizen centers, nutrition programs, and facilities for
the handicapped.
   The Committee believes that the size of grants currently awarded to the smaller
national sponsors are not adequate to administer the program. The Committee calls
attention to the reauthorization of title V of the Older Americans Act with

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

S. REP. 102-397                                                                 Page 4

S. REP. 102-397, S. Rep. No. 397, 102ND Cong., 2ND Sess. 1992, 1992 WL 352778
(Leg.Hist.)

**(Cite as: S. REP. 102-397)**

respect to administrative costs and parity between the sponsors of the programs, and urges the Department to develop and implement a plan to achieve greater parity.

The Committee has retained the existing bill language percentage distribution of resources between States and national contractors of 22 and 78 percent, respectively.

Title V has amply demonstrated the valuable contribution that older workers can make in their communities. The Committee reaffirms its strong support for this effective program and encourages efforts to obtain greater minority participation. It is the intent of the Committee that the current sponsors continue to build upon their past accomplishments.

The Committee recommends that the Labor Department develop and implement a plan which will lead to greater parity among national sponsors. The financial stability of each sponsor is necessary to the success of the program.

The Committee reaffirms that participants in the Senior Community Service Employment Program are enrollees in a work experience program. They are not employees of the U.S. Department of Labor or State and national sponsors administering the Senior Community Service Employment Program.

The Committee encourages service delivery areas [SDA's] under the Job Training Partnership Act to make greater use of national sponsors under the SCSEP as a means of enrolling more economically disadvantaged persons aged 55 or older in training programs. SDA's should continue to utilize State and area agencies on aging and increase their involvement in job training programs.

FEDERAL UNEMPLOYMENT BENEFITS AND ALLOWANCES

TABULAR OR GRAPHIC MATERIAL SET FORTH AT THIS POINT IS NOT DISPLAYABLE

*16 The Committee recommends an appropriation of $211,250,000 for this account. This is the same amount as the budget request and House allowance and $15,000,000 less than provided in fiscal year 1992.

These funds provide for the payment of trade adjustment assistance, weekly benefits, and training allowances for workers adversely affected by increased imports and, in addition, for certain benefits and allowances under the Redwood National Park Act Amendments of 1978.

For fiscal year 1993, the Committee has provided funding of $136,000,000 for

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.