# EXHIBIT F

**Westlaw.**

S. REP. 103-143                                                                                   Page 1

S. REP. 103-143, S. Rep. No. 143, 103RD Cong., 1ST Sess. 1993, 1993 WL 545468
(Leg.Hist.)

**(Cite as: S. REP. 103-143)**


        P.L. 103-112, *1 DEPARTMENTS OF LABOR, HEALTH AND HUMAN SERVICES,
     AND EDUCATION AND RELATED AGENCIES APPROPRIATION BILL, 1994
              DATES OF CONSIDERATION AND PASSAGE
                House: June 30, October 7, 1993
        Senate: September 23, 24, 27, 29, October 18, 1993
                 Cong. Record Vol. 139 (1993)
       House Report (Appropriations Committee) No. 103-156),
            June 24, 1993 (To accompany H.R. 2518)
      Senate Report (Appropriations Committee) No. 103-143,
            Sept. 15, 1993 (To accompany H.R. 2518)
          House Conference Report No. 103-275,
            Oct. 5, 1993 (To accompany H.R. 2518)

                SENATE REPORT NO. 103-143
                   September 15, 1993
                 [To accompany H.R. 2518]

  The Committee on Appropriations, to which was referred the bill (H.R. 2518)
making appropriations for the Departments of Labor, Health and Human Services, and
Education and related agencies for the fiscal year ending September 30, 1994, and
for other purposes, reports the same to the Senate with various amendments and
presents herewith information relative to the changes recommended.

TABULAR OR GRAPHIC MATERIAL SET FORTH AT THIS POINT IS NOT DISPLAYABLE

```
                                                                           Page
Budget estimates ........................................................... 4
Title I-Department of Labor:
    Employment and Training Administration ................................. 9
    Labor-Management Standards ............................................ 20
    Pension and Welfare Benefits Administration ........................... 21
    Pension Benefit Guaranty Corporation .................................. 21
    Employment Standards Administration ................................... 22
    Occupational Safety and Health Administration ......................... 25
    Mine Safety and Health Administration ................................. 26
    Bureau of Labor Statistics ............................................ 27
    Departmental management ............................................... 29
    Assistant Secretary for Veterans' Employment and Training ............. 31
    Office of the Inspector General ....................................... 32
Title II-Department of Health adn Human Services:
    Health Resources and Services Administration .......................... 38
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



S. REP. 103-143                                                                 Page 2

S. REP. 103-143, S. Rep. No. 143, 103RD Cong., 1ST Sess. 1993, 1993 WL 545468
(Leg.Hist.)

**(Cite as: S. REP. 103-143)**

```
    Centers for Disease Control and Prevention .............................. 60
    National Institutes of Health ........................................... 76
    Substance Abuse and Mental Health Services Administration .............. 130
    Office of the Assistant Secretary for Health ........................... 139
    Agency for Health Care and Research .................................... 145
    Health Care Financing Administration ................................... 149
    Social Security Administration ......................................... 154
    Administration for Children and Families ............................... 159
    Office of the Secretary ................................................ 177
Title III-Department of Education:
    Education reform ....................................................... 181
    Compensatory education for the disadvantaged ........................... 182
    Impact aid ............................................................. 187
    School improvement programs ............................................ 190
    Bilingual and immigrant education ...................................... 197
    Special education ...................................................... 198
    Rehabilitation services and disability research ........................ 203
    Special institutions for persons with disabilities ..................... 208
    National Technical Institute for the Deaf .............................. 208
    Gallaudet University ................................................... 209
    Vocational and adult education ......................................... 210
    Student financial assistance ........................................... 216
    Federal family education loan program .................................. 219
    Federal direct student loan program .................................... 221
    Higher education ....................................................... 222
    Howard University ...................................................... 231
    College housing and academic facilities loans .......................... 232
    Historically black college and university capital financing program ... 233
    Education research, statistics, and improvement ........................ 234
    Libraries .............................................................. 243
    Departmental management ................................................ 245
    Office for Civil Rights ................................................ 246
    Office of the Inspector General ........................................ 246
Title IV-Related Agencies:
    ACTION ................................................................. 247
    Corporation for Public Broadcasting .................................... 249
    Federal Mediation and Conciliation Service ............................. 249
    Federal Mine Safety and Health Review Commission ....................... 250
    National Commission on the Cost of Higher Education .................... 250
    National Commission on Independent Higher Education .................... 251
    National Commission on Libraries and Information Science ............... 251
    National Commission to Prevent Infant Mortality ........................ 251
    National Council on Disability ......................................... 252
    National Labor Relations Board ......................................... 252
    National Mediation Board ............................................... 253
    Occupational Safety and Health Review Commission ....................... 253
    Physician Payment Review Commission .................................... 254
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

S. REP. 103-143                                                                  Page 3

S. REP. 103-143, S. Rep. No. 143, 103RD Cong., 1ST Sess. 1993, 1993 WL 545468
(Leg.Hist.)

**(Cite as: S. REP. 103-143)**

    Prospective Payment Assessment Commission ............................. 254
    Railroad Retirement Board ............................................. 254
    Soldiers' and Airmen's Home ........................................... 256
    U.S. Institute of Peace ............................................... 257
    U.S. Naval Home ....................................................... 257
Budgetary impact of bill ................................................... 258
Compliance with standing rules of the Senate ............................... 258
Comparative statement of new budget authority ............................. 262

                **\*4 SUMMARY OF BUDGET ESTIMATES AND COMMITTEE RECOMMENDATIONS**

  For fiscal year 1994, the Committee recommends total current year budget authority of $260,981,143,000 for the Department of Labor, Health and Human Services, and Education, and Related Agencies. Of this amount,

                        **\* The requested pages begin below \***

principles recommended in the Eisenhower Foundation's Silver Anniversary Report on the Kerner Riot Commission of 1968.
  The Committee urges the Department to make $500,000 available to a labor-management nonprofit institution with an established apprenticeship training program for carpentry for the development of model training materials, including interactive video and slides.
  The rapid growth in the number of elderly in this country is placing increasing demand on the need for long-term care. The Committee encourages the Secretary to explore the feasibility of offering low-income individuals intensive training to serve as professional long-term care providers. Apart from providing much-needed services in the community, such a program would offer education and employment opportunities in an expanding field. The Committee expects to receive a report on the feasibility of such a program prior to next year's hearings.
  **\*16** Job training for the homeless.-The Committee recommends $12,537,000 for job training programs for the homeless, $5,055,000 of which is for veterans programs. This is the same level of funding requested in the budget, provided in fiscal year 1993, and included by the House.
  Glass Ceiling Commission.-The Committee recommends $744,000 in funding for the Commission, the same level provided in fiscal year 1993, requested in the budget, and provided by the House. The Committee was pleased to receive the interim report of the Glass Ceiling Commission issued in August 1992 entitled "Pipelines of Progress-A Status Report of the Glass Ceiling Commission". The Committee is concerned that a final report expected last March will not be available until the end of 1994. Therefore, the Committee directs the Glass Ceiling Commission to issue its final report within 3 months of enactment of this appropriations bill.
  National Center for the Workplace.-The Committee recommends $1,500,000 in funding for the Commission, an increase of $756,000 over the level provided in fiscal year 1993, requested in the budget, and provided by the House.

                © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

S. REP. 103-143                                                                                   Page 4

S. REP. 103-143, S. Rep. No. 143, 103RD Cong., 1ST Sess. 1993, 1993 WL 545468
(Leg.Hist.)

**(Cite as: S. REP. 103-143)**

COMMUNITY SERVICE EMPLOYMENT FOR OLDER AMERICANS

TABULAR OR GRAPHIC MATERIAL SET FORTH AT THIS POINT IS NOT DISPLAYABLE
   The Committee recommends an appropriation of $410,500,000 for this account. This
is $10,618,000 less than the budget request, $14,440,000 more than the 1993
appropriation, and the same level recommended by the House.
   This program provides part-time job opportunities in community service
activities for unemployed, low-income individuals, aged 55 and older, as
authorized by title V of the Older Americans Act. Program participants generally
work 20 to 25 hours per week in a wide variety of activities including day care,
schools, hospitals, senior citizen centers, nutrition programs, and facilities for
the handicapped.
   The Committee allowance would provide approximately 67,700 slots for the period
July 1, 1994, to June 30, 1995.
   The Committee has retained the existing bill language percentage distribution of
resources between States and national contractors of 22 and 78 percent,
respectively.
   Title V has amply demonstrated the valuable contribution that older workers can
make in their communities. The Committee reaffirms its strong support for this
effective program and encourages efforts to obtain greater minority participation.
It is the intent of the Committee that the current sponsors continue to build upon
their past accomplishments.
   The Committee reaffirms that participants in the Senior Community Service
Employment Program [SCSEP] are enrollees in a work and training experience
program. They are not employees of the Department of Labor or State or national
sponsors administering the SCSEP.
   **\*17** The Committee encourages service delivery areas [SDA's] under JTPA to make
greater use of national sponsors under the SCSEP as a means of enrolling more
economically disadvantaged persons aged 55 or older in training programs. SDA's
should continue to utilize State and area agencies on aging and should increase
their involvement in job training.

FEDERAL UNEMPLOYMENT BENEFITS AND ALLOWANCES

TABULAR OR GRAPHIC MATERIAL SET FORTH AT THIS POINT IS NOT DISPLAYABLE
   The Committee recommends an appropriation of $190,000,000 for this account. This
is the same amount as the House allowance and budget request and $21,250,000 less
than the comparable amount for fiscal year 1993.
   These funds provide for the payment of trade adjustment assistance weekly
benefits and of training allowances for workers adversely affected by increased
imports, as provided for under the Trade Act of 1974, as amended. And, in
addition, they provide for certain benefits and allowances under the Redwood
National Park Act Amendments of 1978.
   For fiscal year 1994, the Committee has provided funding of $113,900,000 for
trade adjustment assistance benefits. This will provide weekly benefits to an
estimated 13,700 workers who will participate in training programs and who will
receive approximately 33 weeks of benefits at an average weekly benefit amount of

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

S. REP. 103-143                                                                 Page 5

S. REP. 103-143, S. Rep. No. 143, 103RD Cong., 1ST Sess. 1993, 1993 WL 545468
(Leg.Hist.)

**(Cite as: S. REP. 103-143)**

$182. The funding will also provide weekly benefits to an estimated 9,200
workers, who will receive waivers from enrollment in training, at an average
weekly rate of $182 for approximately 19 weeks. The House also provided
$113,900,000 for these activities.

  The Committee has provided $76,000,000 for trade assistance training. These
funds will provide classroom training for 18,700 workers as well as on-the-job
training for 500 workers. In addition, job search and relocation allowances will
be provided for 1,300 workers. The House also provided $76,000,000 for this
activity.

  The Committee has also determined that workers covered under provisions of the
Redwood National Park Act, as amended, will have the costs of health and pension
benefits provided, at an estimated cost of $100,000. The House also provided
$100,000 for this activity.

             STATE UNEMPLOYMENT INSURANCE AND EMPLOYMENT SERVICE OPERATIONS

TABULAR OR GRAPHIC MATERIAL SET FORTH AT THIS POINT IS NOT DISPLAYABLE
  The Committee recommends a general revenue appropriation of $77,042,000 for this
account. This is $100,000,000 less than the budget request and $53,485,000 more
than the 1993 comparable appropriation. The House provided $69,542,000 from the
general fund of the Treasury for this account.

  **\*18** The balance of the funding for this account is to be derived from the
"Employment Security Administration" account of the unemployment trust fund. The
Committee recommends a trust fund limitation of $3,338,389,000. This trust fund
amount is $29,490,000 less than the budget request and $201,558,000 more than the
comparable 1993 appropriation. The House provided $3,367,477,000 in trust funds
for this account. Total availability for the account is

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.