E-FILED
Wednesday, 22 February, 2006 02:45:01 PM
Clerk, U.S. District Court, ILCD

No. 3:05-CV-03179-RM-CHE

## Certificate of Service

This is my respond to the motion. Original to court and copies sent to Attorney

Michael P. Butter
Attorney Bar Number: 06224597
Attorney for Defendant AARP Foundation
Epstein Becker & Green, P.C.
150 N. Michigan Avenue, Suite 420
Chicago, Illinois 60601

Enclosed: Ten Pages

*Jim Henderson* 2/21/06

*Linda E. Brown*
2-21-06

"OFFICIAL SEAL"
Linda E. Brown
Notary Public, State of Illinois
My Commission Exp. 08/31/20__

To: District Judge Richard Mills

James E. Henderson V. YMCA and AARP

No. 3:05-CV-3179-RM-CHE

Dear District Judge Richard Mills

February 21, 2006

Declaration Of Karen Lentsch

Exhibit A states no. 14

A few years later, Mr. Henderson sought to re-enroll in the project, and signed an application for SCSEP Services on or about May 14, 2004, which I also signed on behalf of AARP Foundation. I personally witnessed Mr. Henderson's signature of the Application for SCSEP Services.

Exhibit A, EX. 2 page 11 of 11

Project Director Karen Lentsch signature does not match Exhibit A on page 4 of 11 at top of page, at bottom of page is saying page 3.

Project Director Karen Lentsch did not witness my signature on

the application for SCSEP Services

Project Director signature does not match the signature on the application for SCSEP Services.

Even if I did sign an agreement with aarp Foundation saying I was not an employee.

The relationship was like an employer and employee relationship regardless of what I signed. I was treated as an employer and employee relationship, because I answered to the aarp Foundation and how much I had to report to them. I had to answer to aarp Foundation. A reasonable person would consider an employer and employee relationship. The intent has nothing to do with it, the actions showed that we had an

4

employer and employee relationship.

I want to know why wasn't I given an extension like other workers. My W2 forms says Aarp Foundation was my employer.

I filed income taxes for the years 1998, 1999 and 2002.

If Project Director Karen Lentsch personally witness my signature on the enrollment agreement on October 21, 2001, where is the enrollment agreement?

Associate General Counsel Mel Radowitz said I first enrolled in the AARP Foundation on October 21, 2001

As long as I was in good health, I was treated like an employee, but when my health failed no one wants to keep you working. As long as a doctor say you can return to work, you should be able to work.

5

Director Karen Lentsch signed on 06/04/04. The signatures don't look the same on all the papers. Karen Lentsch should sign her name, so we can see which one is a forge signature. Why are these signatures different?

The SCSEP is designed to provide job training and job search assistance to individuals age 55 and older with limited income. If enrolled, during your <u>months</u> on the program you will be assigned to temporary work/training assignments for which they will be paid for training to offset costs of looking for permanent, unsubsidized employment.

There is nothing different than any other case than the referral disclosure where not my case as merit is not a disclosure question, but as for summary judgement, Why does AARP Foundation refuse to show my record for 1998, 1999 and 2002?

James Henderson

# Senior Community Service Employment Program
## Enrollee Separation Data

Site Number: 029
502-E Site Num: 529
Site: Springfield, IL

Grant Number: AD-13029-03-60

### Enrollee Data

James Edward Henderson
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
Title V File #: 311636
502e File #:

Address / Phone:
2109 East Jackson
Springfield, IL 62703-
(217) 523-7391

### Placement Data

### Separation Data

Reason for Separation   Temporary Assignment
Separation Date         06-04-2004

**Gates McDonald Information:**
Gates McDonald Parent ID: 90179
ADP Code:          A
VRU Code:          04
Separation Date:   06-04-2004
Enrollment Date:   04-19-2004

### Date History

SCSEP Enrollment Date: 04-19-2004
Unsubsidized Start Date:
Official Placement Date:

**Comments:**

_____
_____
_____
_____

Unemployment Claims Processor Notified on: _____
                                                    Date

**Signatures:**

_____          _____
Enrollee                                  Date

_Karen Lentsch_                          June 4, 04
Project Director                          Date

21. Approximately five months later, Plaintiff left the project because of poor health. Lentsch Decl. at ¶ 13.

22. A few years later, Plaintiff re-enrolled in the project, and signed an Application for SCSEP Services on or about May 14, 2004. Lentsch Decl. at ¶¶ 14-15 and Ex. 2.

23. By signing the Application for SCSEP Services, Plaintiff expressly affirmed his understanding that "the assignments participants have while enrolled in the program are not 'jobs'" and explicitly stated "I acknowledge that training with the Host Agency is NOT a job and if I am enrolled I am not an employee of either the AARP Foundation or the Host Agency to which I am assigned." Lentsch Decl., Ex. 2, ¶ 3.

24. At the time of his re-enrollment, Plaintiff was given a temporary 30-day assignment at the YMCA. Lentsch Decl. at ¶ 16.

25. At the conclusion of the 30-day training assignment, the YMCA elected not to hire Plaintiff on the grounds that no position was available for which Plaintiff was qualified. Defendant YMCA's Motion for Summary Judgment (docket # 13), Exhibit A at ¶ 13.

26. AARP Foundation, through the AARP Foundation SCSEP, had no role in the YMCA's determination that no position was available for which Plaintiff was qualified. Lentsch Decl. at ¶ 17.

27. Host agencies are under no obligation to retain enrollees and they may request that an enrollee be removed from their agency at any time. Lentsch Decl. at ¶ 7.

28. AARP Foundation's SCSEP Project Director did not supervise Plaintiff in any aspect of his assignment at the YMCA, and did not direct or control the nature of the services performed at the YMCA by Plaintiff in any manner whatsoever. Lentsch Decl. at ¶ 18.

(10) I agree to provide SCSEP all my employment information, once I secured an unsubsidized job. (Initial _JH_ )

(11) Release of Information: I agree to allow the release of information about my enrollment, assignments, employment status and wages while enrolled or for up to a year after leaving the program for reporting or program promotion purposes. (Initial _JH_ )

*By signing this document, I acknowledge my understanding of the purposes of this program. If the program has vacancies, if I am found eligible, and if the program has the ability to meet my needs, I will be enrolled. If enrolled, I will receive the Enrollee and Host Agency Supervisor Handbook and an orientation to the SCSEP. I understand that I will be provided with a copy of the Training Assignment Description for my training assignment. If enrolled, by signing I agree to comply with all policies and procedures of the SCSEP. I further understand that failure to comply with the terms of this agreement at any time during my time on the program could put my enrollment at risk and may result in my separation from the program.*

_James Henderson_                                      _5/14/04_
Applicant                                               Date
_Karen Lintsw_ :                                        _5-14-04_
Project Director                                        Date


**STEP 5: PROJECT DIRECTOR REVIEW**

Application must now be reviewed by the Project Director for approval to continue the application process.

*explained + done @ Job Club c Ann Marie*

*This prove that when I work at YMCA Jill Steiner Affidavit said I was not qualified. No 13 on her Affidavit.*


Springfield YMCA Instructors Pass — 544-9846 1998 — Instructor's name: James Henderson — Class: ___ — Authorized by: ___

14. A few years later, Mr. Henderson sought to re-enroll in the project, and signed an Application for SCSEP Services on or about May 14, 2004, which I also signed on behalf of AARP Foundation. I personally witnessed Mr. Henderson's signature of the Application for SCSEP Services.

15. A true and correct copy of the Application for SCSEP Services is attached hereto as Exhibit 2.

16. At the time of his re-enrollment Mr. Henderson was given a temporary 30-day assignment at the YMCA.

17. AARP Foundation, through the AARP Foundation SCSEP, had no role in the YMCA's decision not to hire Mr. Henderson at the conclusion of his temporary assignment.

18. As AARP Foundation SCSEP Project Director, I did not supervise Mr. Henderson's performance of any aspect of his assignment at the YMCA, and did not direct or control the nature of the services performed at the YMCA by Mr. Henderson in any manner whatsoever.

19. As of June 30, 2004, at the SCSEP sites under my direction, there were 59 enrollees who were 65 years of age or older. Of these, 35 were older than Mr. Henderson.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT, AND THAT THIS DECLARATION WAS SIGNED IN PEORIA, ILLINOIS ON JANUARY 31, 2006.

*Karen Lentsch*
KAREN LENTSCH

CH:63018v1

-3-

| 1 Wages, tips, other comp. 1153.60 | 2 Federal income tax withheld 54.25 |
|---|---|
| 3 Social security wages 1153.60 | 4 Social security tax withheld 71.52 |
| 5 Medicare wages and tips 1153.60 | 6 Medicare tax withheld 16.73 |

| a Control Number 182683 PX2 | Dept. K20292 | Corp. AAAA | Employer use only T 3472 |
|---|---|---|---|

c Employer's name, address, and ZIP code

AARP FOUNDATION
601 E ST NW RM A8-230
WASHINGTON DC 20049

| b Employer's FED ID number 52-0794300 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

JAMES HENDERSON
2109 EAST JACKSON ST
SPRINGFIELD, IL 62703

| 15 State IL | Employer's state ID no. 52-0794300 000 1 | 16 State wages, tips, etc. 1153.60 |
|---|---|---|
| 17 State income tax 34.61 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**IL State Filing Copy**
**W-2 Wage and Tax Statement 2002**
Copy 2 to be filed with employee's State Income Tax Return.  OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 2389.60 | 2 Federal income tax withheld 30.65 |
|---|---|
| 3 Social security wages 2389.60 | 4 Social security tax withheld 148.16 |
| 5 Medicare wages and tips 2389.60 | 6 Medicare tax withheld 34.65 |

| a Control Number 136161 PX2 | Dept. F90292 | Corp. AAAA | Employer use only T 3373 |
|---|---|---|---|

c Employer's name, address, and ZIP code

AARP FOUNDATION
601 E ST NW RM A8-230
WASHINGTON DC 20049

| b Employer's FED ID number 52-0794300 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 | 14 Other |
| 15 Stat emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |

e/f Employee's name, address and ZIP code

JAMES E HENDERSON
2109 E JACKSON
SPRINGFIELD, IL 62703

| 16 State IL | Employer's state ID no. 52-0794300 000 1 | 17 State wages, tips, etc. 2389.60 |
|---|---|---|
| 18 State income tax 50.78 | 19 Locality name | |
| 20 Local wages, tips, etc. | 21 Local income tax | |

**IL State Reference Copy**
**W-2 Wage and Tax Statement 1999**
Copy 2 to be filed with employee's State Income Tax Return.  OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 4503.68 | 2 Federal income tax withheld 14.54 |
|---|---|
| 3 Social security wages 4503.68 | 4 Social security tax withheld 279.23 |
| 5 Medicare wages and tips 4503.68 | 6 Medicare tax withheld 65.30 |

| a Control Number 136161 PX2 | Dept. F80292 | Corp. AAAA | Employer use only A 3529 |
|---|---|---|---|

c Employer's name, address, and ZIP code

AARP FOUNDATION
601 E ST NW RM A8-230
WASHINGTON DC 20049

| b Employer's FED ID number 52-0794300 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 | 14 Other |
| 15 Stat emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |

e/f Employee's name, address and ZIP code

JAMES E HENDERSON
2109 E JACKSON
SPRINGFIELD, IL 62703

| 16 State IL | Employer's state ID no. 52-0794300 000 1 | 17 State wages, tips, etc. 4503.68 |
|---|---|---|
| 18 State income tax 107.47 | 19 Locality name | |
| 20 Local wages, tips, etc. | 21 Local income tax | |

**IL State Reference Copy**
**W-2 Wage and Tax Statement 1998**
Copy 2 to be filed with employee's State Income Tax Return.  OMB No. 1545-0008

No. 3:05-CV-03179-RM-CHE

Certificate of Service

This is my respond to the motion. Original to court and copies sent to Attorney

Michael P. Butler
Attorney Bar Number: 06224597
Attorney for Defendant AARP Foundation
Epstein Becker & Green, P.C.
150 N. Michigan Avenue, Suite 420
Chicago, Illinois 60601

Enclosed: Ten Pages

_____