# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JAMES E. HENDERSON**,
        Plaintiff,

    vs.                        Case Number:   **05-3179**

**YMCA and AARP,**
        Defendants.

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an Order entered by the Honorable Richard Mills on March 20, 2006,  defendant AARP's Motion for Summary Judgment (d/e 23) is allowed.  This case is CLOSED.

                              ENTER this 21st day of March, 2006

                                      s/John M. Waters
                            JOHN M. WATERS, CLERK

                                        s/M. Stewart
                            BY:  DEPUTY CLERK